UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



BEVERLY CONYERS      :

    v.               :   CASE NO. 3:02CV263 (AWT)

R.C. HASSETT, ET AL. :

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to __Senior Judge Peter C. Dorsey__.  All further pleadings or documents in this matter should be filed with the Clerk's Office in __New Haven__, and shall bear the docket number 3:02CV263 (PCD).  Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled.  [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 23rd day of February, 2003.

                                            Alvin W. Thompson
                                   United States District Judge