*FILED*
*MAR 12  12 52 PM '04*
*U.S. DISTRICT COURT*
*NEW HAVEN, CONN*

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY CONYERS,<br>*Plaintiff,* | : CIVIL ACTION NO.<br>: 3:02CV263(PRD)<br>: |
| vs. | : |
| R.C. HASSETT, MICHAEL QUINN,<br>BRIAN MAURO, and the<br>CITY OF NEW HAVEN,<br>*Defendants.* | :<br>:<br>:<br>: March 11, 2004 |

# **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the plaintiff, BEVERLY CONYERS. This appearance is in addition to the appearance of Diane Polan.

DATED: <u>March 11, 2004</u>           _____
                                                    PAUL A. GARLINGHOUSE
                                                    Law Offices of Attorney Diane Polan, LLC
                                                    129 Church Street, Suite 802
                                                    New Haven, CT 06510
                                                    Telephone: 203-865-5000
                                                    Facsimile: 203-865-2177
                                                    Federal Bar No. ct25143

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been delivered, this 11th day of March, 2004, to the following counsel of record:

Martin Echter, Esquire
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

PAUL A. GARLINGHOUSE

2