**Exhibit A**

SEARCH AND SEIZURE WARRANT

JD-CR-61 Rev. 9-93
C.G.S. § 54-33a, 54-33c, 54-33j

STATE OF CONNECTICUT
SUPERIOR COURT
Form JD-CR-52 must also be completed

New Haven PD
00-2225

**INSTRUCTIONS TO APPLICANT**
File a copy of the application for the warrant and all affidavits upon which the warrant is based, in a sealed envelope, with the clerk of the court for the geographical area within which the search will be conducted no later than the next business day following the issuance of the warrant. Indicate the police department case number and date of issuance on the front of the sealed envelope.

**INSTRUCTIONS TO G.A. CLERK**
1. Prior to the execution and return of the warrant, do not disclose any information pertaining to the application for the warrant or any affidavits upon which the warrant is based.

2. Upon execution and return of the warrant, affidavits which are the subject of an order dispensing with the requirement of giving a copy to the owner, occupant or person within forty-eight hours shall remain in the custody of the clerk's office in a secure location apart from the remainder of the court file.

**TO: A Judge of the Superior Court:**

The undersigned, being duly sworn, complains on oath that the undersigned has probable cause to believe that certain property, to wit:

Marijuana, cocaine, crack cocaine, heroin, cutting agents, cutting material, grinders, packaging material, glass/plastic vials, glass/plastic smoking pipes, glassine envelopes/bags, weighing scales, strainers, cookers, needles, syringes, grinders, monies, all financial records, safes, documentation of residence, records of transactions, beepers/pagers, and police scanners. Also, rifles, shotguns, handguns, ammunition, brown paper bags, beer, cases of beer, liquor nips, bottles of liquor. And that the items seized may be subsequently submitted to the Forensic Laboratory for examination, along with any evidence seized pursuant to this warrant.

[X] is possessed, controlled, designed or intended for use which is or has been or may be used as the means of committing the criminal offense of:
Sale, or possession with intent to sell, of a narcotic substance, in violation of C.G.S. 21a-277;

[ ] was stolen or embezzled from:

[X] constitutes evidence of the following offense or that a particular person participated in the commission of the offense of:
Sale, or possession with intent to sell, of a controlled substance, in violation of C.G.S. 21a-277(b).

[ ] is in the possession, custody or control of a journalist or news organization, to wit:

[ ] and such person or organization has committed or is committing the following offense which is related to such property:

[ ] and such property constitutes contraband or an instrumentality of the criminal offense of:

And is within or upon a certain person, place, or thing, to wit:
PERSON

PLACE OR THING
#68 DAY STREET, NEW HAVEN, CT. WHICH IS A BRICK AND BEIGE WOODEN APARTMENT UNIT LOCATED WITHIN A MULTI-APARTMENT COMPLEX. THAT #68 IS CLEARLY AFIXED TO THE FRONT DARK GREEN DOOR.

SUPERIOR COURT GA 6/8
NEW HAVEN
2000 JAN 26  A 10: 10

PLAINTIFF'S EXHIBIT

And that the facts establishing the grounds for issuing a Search and Seizure Warrant are the following:

1. THE UNDERSIGNED, DET. BRIAN MAURO BEING DULY SWORN, DOES DEPOSE AND STATE THAT HE IS A MEMBER OF THE NEW HAVEN POLICE DEPARTMENT SINCE 1996. AT ALL TIMES MENTIONED HEREIN HE WAS ACTING AS A MEMBER OF SAID DEPARTMENT. THE FOLLOWING FACTS AND CIRCUMSTANCES ARE STATED FROM PERSONAL KNOWLEDGE AND OBSERVATIONS AS WELL AS INFORMATION RECEIVED FROM OTHER POLICE OFFICERS ACTING IN THEIR OFFICIAL CAPACITY AND FROM OFFICIAL POLICE REPORTS AND STATEMENTS MADE BY PRUDENT AND CREDIBLE WITNESSES.

2. THE UNDERSIGNED, DET. MICHAEL QUINN BEING DULY SWORN, DOES DEPOSE AND STATE THAT HE IS A MEMBER OF THE NEW HAVEN POLICE DEPARTMENT SINCE JANUARY 1987. AT ALL TIMES MENTIONED HEREIN HE WAS ACTING AS A MEMBER OF SAID DEPARTMENT. THE FOLLOWING FACTS AND CIRCUMSTANCES ARE STATED FROM PERSONAL KNOWLEDGE AND OBSERVATIONS AS WELL AS INFORMATION RECEIVED FROM OTHER POLICE OFFICERS ACTING IN THEIR OFFICIAL CAPACITY AND FROM OFFICIAL POLICE REPORTS AND STATEMENTS MADE BY PRUDENT AND CREDIBLE WITNESSES.

3. THE AFFIANTS ARE CURRENTLY ASSIGNED TO THE NARCOTICS ENFORCEMENT UNIT OF SAID DEPARTMENT. OUR PRIMARY FUNCTION IS THE ENFORCEMENT OF THE STATE OF CONNECTICUT NARCOTIC STATUTES WITHIN THE CITY OF NEW HAVEN. MEMBERS OF THIS UNIT HAVE RECEIVED SPECIAL TRAINING IN THE FIELD OF NARCOTICS AND ARE FAMILIAR WITH THE VARIOUS METHODS AND HABITS USED BY NARCOTIC DEALERS, AND IN THE SALES AND PACKAGING OF ILLEGAL NARCOTICS. THESE AFFIANTS HAVE BECOME FAMILIAR WITH THE VARIOUS LOCATIONS WHERE NARCOTICS CAN BE PURCHASED ON A DAILY BASIS, AS WELL AS THOSE PERSONS RESPONSIBLE FOR THE ILLEGAL DISTRIBUTION OF NARCOTICS. THESE AFFIANTS HAVE PARTICIPATED IN THE PREPARATION AND EXECUTION OF NUMEROUS SEARCH WARRANTS INVOLVING HEROIN, COCAINE AND MARIJUANA AND HAVE MADE ARRESTS FOR THE SALE AND USE OF SAID NARCOTICS.

The undersigned ("X" one) [X] has not presented this application in any other court or to any other judge.

[ ] has presented this application in another court or to another judge (specify):

_____

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Haven | 01/18/00 | DET. B. MAURO |
| New Haven | 01/18/00 | DET. MICHAEL QUINN |

| JURAT | Subscribed and sworn to before me on: | DATE 1/18.00 | SIGNED (Judge of the Superior Court) |

4.  THE AFFIANTS KNOW THE FOLLOWING REGARDING THOSE INVOLVED IN THE SALE OR USE OF NARCOTICS FROM THEIR TRAINING AND EXPERIENCE. THAT IN ADDITION TO THE NARCOTICS THEMSELVES, THEY WILL MAINTAIN SUCH ITEMS AS FOLLOWS: CUTTING AGENTS TO DILUTE SAID NARCOTICS, PACKAGING AND GRINDERS AS DEFINED IN SEC. 21A-240(20)(A). THEY MAINTAIN THESE ITEMS IN ORDER TO DILUTE, PACKAGE AND WEIGH NARCOTICS FOR RESALE. THE AFFIANTS KNOW THAT PERSONS INVOLVED IN THE SALE OF NARCOTICS WILL MAINTAIN FIREARMS AS DEFINED IN SEC. 53-2(10). THEY WILL ALSO MAINTAIN AMMUNITION FOR THESE WEAPONS. THESE PERSONS, IN ADDITION TO THE FIREARMS, WILL MAINTAIN DANGEROUS WEAPONS AS DEFINED SEC. 53-206. THAT FIREARMS AND DANGEROUS WEAPONS ARE MAINTAINED TO INSTILL FEAR IN CUSTOMERS AND RIVALS AND TO PROTECT THE NARCOTICS THEMSELVES. IN ADDITION, PERSONS INVOLVED IN NARCOTIC TRAFFICKING MAINTAIN POLICE RADIO SCANNERS TO BE ALERTED TO ANY POLICE ACTIVITY THAT MAY INTERFERE WITH THESE OPERATIONS.

5.  THESE AFFIANTS KNOW THAT PERSONS INVOLVED IN THE NARCOTICS TRADE WILL UTILIZE THEIR TELEPHONE TO ARRANGE FOR THE PURCHASE AND SALE OF NARCOTICS. THAT THE SEIZURE OF THESE TELEPHONE RECORDS IS A VALUABLE ASSET IN IDENTIFYING THE PERSONS INVOLVED IN THE SALE OF NARCOTICS AND THEIR USE. THAT IN CONNECTION WITH THE DEPOSIT BOXES FOR THE STORAGE OF BOTH NARCOTICS AND MONEY DERIVED FROM THE SALE OF NARCOTICS, THAT SEIZURE OF SUCH SAFETY DEPOSIT BOXES, AND BOX KEYS AND/OR RECORDS OF SAFETY DEPOSIT BOXES IS A VALUABLE ASSET IN FURTHERING THE INVESTIGATION OF NARCOTIC TRAFFICKING. PERSONS INVOLVED IN THE TRAFFICKING OF ILLEGAL NARCOTICS WILL USE THE PROCEEDS FROM SAID SALE TO PURCHASE SUCH ITEMS AS CARS, GOLD AND SILVER JEWELRY, VCR'S TELEVISION SETS, AND CAMERAS, PAYING CASH FOR THESE ITEMS. THEY WILL DEPOSIT THE PROCEEDS INTO SAID

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| | CITY/TOWN | | DATE | | SIGNATURE AND TITLE OF AFFIANT | |
|---|---|---|---|---|---|---|
| | (NEW HAVEN) | | 1/18/00 | | DET. B. MAURO | |
| | NEW HAVEN | | 01/18/00 | | DET. MICHAEL QUINN | |
| JURAT | Subscribed and sworn to before me on: | | DATE 1/18/00 | | SIGNED (Judge of the Superior Court) | |

5A.   BANK ACCOUNTS.  SEIZURE OF SAID DOCUMENTS AND RECORDS SHOWING CASH PURCHASES, OR EXISTENCE OF SUCH ACCOUNTS AND OTHER FINANCIAL RECORDS, INCOME TAX RETURNS, PROPERTY OR LAND RECORDS, AND RENT OR MORTGAGE RECEIPTS AID THE INVESTIGATORS IN PLACING THE PROCEEDS OF NARCOTICS TRAFFICKERS AND THE SEIZURE OF GOODS PURCHASED FROM THE SALE OF NARCOTICS.

6.   ALL NARCOTIC RELATED ITEMS SEIZED DURING THE EXECUTION OF THIS SEARCH WARRANT WILL BE FIELD TESTED BY CERTIFIED OFFICERS AND LATER SENT TO THE STATE TOXICOLOGY LABORATORY FOR FURTHER ANALYSIS.

7.   THAT DURING THE WEEK OF 01/05/00 THESE AFFIANTS DID MET WITH A KNOWN AND RELIABLE INFORMANT FOR THE PURPOSE OF GATHERING INTELLIGENCE INFORMATION CONCERNING THE SALES OF NARCOTICS WITHIN THE WAVERLY STREET/DAY STREET  PUBLIC HOUSING COMPLEX IN THE CITY OF NEW HAVEN, CT.. THAT SAID INFORMANT HAS PROVIDED INFORMATION IN THE PAST THAT HAS BEEN PROVEN TRUE AND ACCURATE. THIS C.I. STATED THAT IT HAD KNOWLEDGE OF A MARIJUANA/ AFTER HOURS LIQUOR OPERATION THAT WAS UTILIZING THE ADDRESS OF 68 DAY STREET TO SELL LARGE QUANTITIES OF MARIJUANA AND ILLEGAL AFTER HOURS LIQUOR. THE C.I. STATED THAT A BLACK MALE AND AN OLDER BLACK FEMALE THAT RESIDE AT THIS ADDRESS  SELL THE MARIJUANA AND LIQUOR . THE C.I. HAS BEEN WITHIN THIS ADDRESS NUMEROUS TIMES DURING THE ABOVE WEEK AS WELL AS IN THE PAST AND HAS OBSERVED THE UNKNOWN BLACK MALE AND FEMALE IN POSSESSION OF A LARGE QUANTITY OF MARIJUANA THAT WAS PREPACKAGED FOR STREET SALE. THE C.I. HAS ALSO OBSERVED THE YOUNG BLACK MALE MAKE NUMEROUS SALES OF MARIJUANA FROM THE APARTMENT AS WELL AS THE  REAR COURT YARD IN THE BACK OF THE APARTMENT

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| | CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|---|
| | New Haven | 1-18-00 | DET. B. MAURO |
| | New Haven | 1-18-00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on: | DATE 1/18/00 | SIGNED (Judge of the Superior Court) |

8. THAT THE ABOVE CONFIDENTIAL INFORMANT IS KNOWN AND RELIABLE AND HAS PROVIDED INFORMATION IN THE PAST WHICH WAS PROVEN TRUE AND ACCURATE. THAT SAID INFORMATION LED TO THE ISSUANCE OF SEARCH AND SEIZURE WARRANTS THAT RESULTED IN THE SEIZURE OF NARCOTICS, WEAPONS, MONIES AND DRUG PARAPHERNALIA. AS A RESULT NUMEROUS ARRESTS WERE MADE IN WHICH MANY ENDED WITH CONVICTIONS IN A COURT OF LAW.

9. THAT DURING THE WEEK OF 01/10/00 THESE AFFIANTS SPOKE WITH SGT. HASSETT THE O.I.C OF THE BEAVER HILLS DISTRICT WHICH ENCOMPASSES THE WAVERLY STREET/DAY STREET PUBLIC HOUSING COMPLEX. SGT HASSETT STATED THAT PATROL OFFICERS ASSIGNED TO THE AREA REGULARLY CHASE SUBJECTS SELLING NARCOTICS WITHIN THE COURT YARD OF THE WAVERLY STREET HOUSING PROJECT INTO 68 DAY STREET. SGT. HASSETT STATED THAT 68 DAY STREET IS A KNOWN REFUGE FOR SUBJECTS SELLING NARCOTICS IN THE AREA.

10. THAT DURING THE WEEK OF 01/12/00 THESE AFFIANTS DID MEET WITH THE SAME KNOWN AND RELIABLE INFORMANT FOR THE PURPOSE OF MAKING A CONTROLLED PURCHASE OF MARIJUANA FROM 68 DAY STREET, NEW HAVEN, CT. THAT PRIOR TO MAKING THIS CONTROLLED PURCHASE OF MARIJUANA THE INFORMANT WAS SEARCHED FOR BOTH CONTRABAND AND MONIES AND WAS FOUND VOID OF BOTH. THE C.I. WAS THEN ISSUED DEPARTMENTAL FUNDS AND WAS DIRECTED TO THE TARGET LOCATION WHICH WOULD ALLOW THESE AFFIANTS A CLEAR AND UNOBSTRUCTED VIEW OF THE INFORMANT AND THE TARGET LOCATION. THESE AFFIANTS WATCHED AS THE INFORMANT WENT DIRECTLY TO 68 DAY STREET AND ENTERED THE REAR DOOR. AFTER SEVERAL MINUTES THE C.I. EXITED THE SAME REAR DOOR AND WENT DIRECTLY TO A PREARRANGED LOCATION TO MET THESE AFFIANTS DURING WHICH TIME THE C.I. WAS KEPT UNDER CONSTANT SURVEILLANCE. THAT UPON MEETING THESE AFFIANTS THE C.I. HANDED OVER A QUANTITY OF A GREEN

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Hav | 1-18-00 | DET. B. MAURO |
| New H | 11-18-00 | DET. MICHAEL QUINN |

| JURAT | Subscribed and sworn to before me on: | DATE | 1/19/00 | SIGNED (Judge of the Superior Court) |
|---|---|---|---|---|

10A.    PLANT-LIKE SUBSTANCE PURPORTED TO BE MARIJUANA. THAT AGAIN THE C.I. WAS SEARCHED FOR BOTH CONTRABAND AND MONIES AND WAS FOUND VOID OF BOTH. THESE AFFIANTS DID CONDUCT A FIELD TEST OF THE GREEN PLANT-LIKE SUBSTANCE WHICH RESULTED IN A POSITIVE REACTION FOR THE PRESENCE OF MARIJUANA, THIS WAS SEIZED AS EVIDENCE AND WILL BE SENT TO THE STATE LAB FOR FURTHER TESTING. THAT DURING THE DEBRIEFING THE C.I. STATED THAT IT KNOCKED ON THE REAR DOOR AND INTURN WAS OPENED BY A B/M IN HIS LATE TEENS EARLY TWENTIES WEARING A BLACK LEATHER JACKET WITH RED SLEEVES WHO INVITED THE C.I. INTO THE APARTMENT. ONCE INSIDE THE APARTMENT A BRIEF CONVERSATION ENSUED ON THE QUANTITY OF MARIJUANA THAT WAS GOING TO BE PURCHASED. AFTER THE AMOUNT WAS DECIDED THE BLACK MALE WENT INTO THE KITCHEN AND RETRIEVED THE DESIRED AMOUNT OF MARIJUANA FROM A LARGE PLASTIC BAG THAT CONTAINED NUMEROUS SMALLER BAGS OF MARIJUANA THAT WAS LOCATED ON THE KITCHEN COUNTER. AT THIS TIME THE C.I. HANDED THE BLACK MALE THE DEPARTMENTAL FUNDS IN EXCHANGE FOR THE DESIRED AMOUNT OF MARIJUANA. AFTER THIS TRANSACTION THE C.I. EXITED THE APARTMENT FROM THE SAME REAR DOOR AND MET THESE DETECTIVES AT THE PREARRANGED LOCATION.

11.

THAT DURING THE WEEK OF 01/12/99 THESE AFFIANTS CONDUCTED SEVERAL SURVEILLANCES OF 88 DAY STREET, NEW HAVEN, CT. DURING WHICH TIME THESE AFFIANTS HAD A CLEAR AND UNOBSTRUCTED VIEW OF THE PREMISE, THAT THESE SURVEILLANCE WERE CONDUCTED DURING BOTH THE DAY AND NIGHTTIME HOURS. DURING THESE SURVEILLANCES THE AFFIANTS OBSERVED A LARGE AMOUNT OF BOTH WALK UP AND DRIVE UP CUSTOMERS THAT WOULD ARRIVE AND ENTER THROUGH THE REAR DOORS. THAT THESE CUSTOMERS CONSISTED OF BOTH SEXES AND SEVERAL DIFFERENT RACES. THAT THESE CUSTOMERS WOULD ENTER THE PREMISE THROUGH THE REAR DOOR, REMAIN FOR SEVERAL MINUTES THEN EXIT THE SAME WAY THEY

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.
Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Ha | 1-18-00 | DET. B. MAURO |
| New H | 1-18-00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on: | DATE 1/18/00 | SIGNED Judge of the Superior Court |

11A.    ENTERED, THEN LEAVE IN THE SAME MANNER THAT THEY ARRIVED. THAT THESE AFFIANTS DID OBSERVE SEVERAL BLACK MALE SUBJECTS ENTER THE REAR OF 68 DAY STREET THEN REAPPEAR DRINKING LIQUOR, THESE SUBJECTS THEN LOITERED AROUND THE REAR DOOR AND INTO THE COURT YARD. THAT THESE AFFIANTS DID OBSERVE A B/M SUBJECT CLAD IN A BLACK LEATHER JACKET WITH RED SLEEVES ENTER AND EXIT THE REAR OF 68 DAY STREET SEVERAL TIMES.  THAT THESE AFFIANTS RECOGNIZE THIS TYPE OF BEHAVIOR FROM OUR TRAINING AND EXPERIENCE AS THE WAY NARCOTICS  AND LIQUOR ARE  SOLD FROM A DWELLING. THAT NARCOTIC DEALERS PREFER TO CONDUCT THEIR TRANSACTIONS FROM BEHIND CLOSED DOORS OUT OF VIEW FROM PASSING POLICE PATROLS. THIS ALSO ENABLES THEM TO SECRET LARGE AMOUNTS OF NARCOTICS AND ILLEGAL LIQUOR IN A SAFE PLACE SO THAT THEY DO NOT HAVE TO TRAVEL FROM THE SELLING LOCATION TO RESUPPLY THEMSELVES.

12.
    THAT THESE AFFIANTS DID CONDUCT A U.I. CHECK OF 68 DAY STREET, NEW HAVEN, CT. AND DID FIND AN ACTIVE ACCOUNT IN THE NAME OF THE NEW HAVEN HOUSING AUTHORITY.  A CHECK OF THE NEW HAVEN HOUSING AUTHORITY TENANT RECORDS SHOWS THE CURRENT RESIDENT AT 68 DAY STREET TO BE A BEVERLY CONYERS.

13.
    THAT A CHECK OF THE NHPD IN HOUSE COMPUTER SHOWED SEVERAL ENTRIES FOR A TIARA CONYERS, B/F (DOB 10/30/78) THAT RESIDED AT 68 DAY STREET, NEW HAVEN, CT.. THAT ONE OF THESE ENTRIES WAS FOR A NARCOTIC VIOLATION THAT OCCURRED AT 70 ADELINE STREET, NEW HAVEN, CT ON 08/21/98. THAT DURING THIS INCIDENT CONYERS WAS FOUND BY THE CONN. STATE POLICE STATEWIDE CRIME CONTROL TASK FORCE EXITING A MARIJUANA SELLING LOCATION WHILE THEY WERE THERE EXECUTING A SEARCH AND SEIZURE WARRANT. A CHECK OF CONYER'S LOCATED A SINGLE BAG OF MARIJUANA..

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | | DATE | SIGNATURE AND TITLE OF AFFIANT | |
|---|---|---|---|---|
| New H | | 1-18-00 | DET. B. MAURO | |
| New H | | 1-18-00 | DET. MICHAEL QUINN | |
| JURAT | Subscribed and sworn to before me on: | DATE  1/18/00 | SIGNED (Judge of the Superior Court) | |

14. WHEREFORE THESE OFFICERS BELIEVE PROBABLE CAUSE DOES EXIST FOR THE ISSUANCE OF A SEARCH AND SEIZURE WARRANT FOR THE ADDRESS OF 68 DAY STREET, NEW HAVEN CT..

ORIGINAL

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|---|
| New H | | 1-18-00 | DET. B. MAURO |
| New H | | 1-18-00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on: | DATE  1/18/00 | SIGNED (Judge of the Superior Court) |



New Haven P.D.
00-2225

## AFFIDAVIT REQUESTING DISPENSAT
## WITH REQUIREMENT OF DELIVERY
pursuant to § 54-33c, Connecticut General Statutes

TO: A Judge of the Superior Court

For the reasons set forth below, the undersigned, being duly sworn, requests that the judge dispense with the requirement of C.G.S. § 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein within forty-eight hours:

[X] The personal safety of a confidential informant would be jeopardized by the giving of a copy of the affidavits at such time;

[X] The search is part of a continuing investigation which would be adversely affected by the giving of a copy of the affidavits at such time;

[ ] The giving of such affidavits at such time would require disclosure of information or material prohibited from being disclosed by chapter 959a of the general statutes;

and the specific details with regard to such reasons are as follows:

THE INFORMATION CONTAINED IN THE ATTACHED AFFIDAVIT RELATES TO A CONTINUING INVESTIGATION INTO ILLEGAL NARCOTIC TRAFFICKING AND THE DISCLOSURE OF THIS INFORMATION WOULD IMPEDE FURTHER INVESTIGATIONS REVEALING INVESTIGATIVE METHODS AS BEING UTILIZED BY POLICE. IN ADDITION, THE DISCLOSURE OF THE INFORMATION CONTAINED IN THE ATTACHED AFFIDAVIT COULD REVEAL THE IDENTITY OF THE INFORMANT THAT PROVIDED INFORMATION TO POLICE RESULTING IN THE VIOLENT RETALIATION AGAINST SAID INFORMANT.

The undersigned further requests that this affidavit also be included in such nondelivery.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Haven | 1-18-00 | DET. B. MAURO |
| New Haven | 1-18-00 | DET. MICHAEL QUINN |
| JURAT   Subscribed and sworn to before me on: | DATE  1/18/00 | SIGNED (Judge of the Superior Court) |

New Haven PD
00-2225

**AFFIDAVIT REQUESTING DISPENSATION
WITH REQUIREMENT OF DELIVERY
pursuant to § 54-33c, Connecticut General Statutes**

TO:  A Judge of the Superior Court

For the reasons set forth below, the undersigned, being duly sworn, requests that the judge dispense with the requirement of C.G.S. § 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein within forty-eight hours:

[X] The personal safety of a confidential informant would be jeopardized by the giving of a copy of the affidavits at such time;

[X] The search is part of a continuing investigation which would be adversely affected by the giving of a copy of the affidavits at such time;

[ ] The giving of such affidavits at such time would require disclosure of information or material prohibited from being disclosed by chapter 959a of the general statutes;

and the specific details with regard to such reasons are as follows:

THE INFORMATION CONTAINED IN THE ATTACHED AFFIDAVIT RELATES TO A CONTINUING INVESTIGATION INTO ILLEGAL  NARCOTIC TRAFFICKING AND THE DISCLOSURE OF THIS INFORMATION WOULD IMPEDE FURTHER INVESTIGATIONS REVEALING INVESTIGATIVE METHODS AS BEING UTILIZED BY POLICE.  IN ADDITION, THE DISCLOSURE OF THE INFORMATION CONTAINED IN THE ATTACHED AFFIDAVIT COULD REVEAL THE IDENTITY OF THE INFORMANT THAT PROVIDED INFORMATION TO POLICE RESULTING IN THE VIOLENT RETALIATION AGAINST SAID INFORMANT.



The undersigned further requests that this affidavit also be included in such nondelivery.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New H_ | 1-1.8-w | DET. B. MAURO |
| New H_ | 1-18-w | DET. MICHAEL QUINN |
| JURAT  Subscribed and sworn to before me on: | DATE 1/18/00 | SIGNED (Judge of the Superior Court) |

**Exhibit B**

New Haven Police Service
New Haven, Connecticut

CASE PREPARATION EXPENDITURES

Arrest: NONE
CN#: 00-2225
Seized: MARIJUANA PACKAGING

| DATE | CODE | COMPLAINT # | UNIT | SUPERVISOR | AMOUNT | AUTHORITY |
|------|------|-------------|------|------------|--------|-----------|
| 01/24/00 | ▮ | 00-2225 | NEU | SGT. CANNING | ▮ | SGT. CANNING |

TOTAL CASH SPENT BREAKDOWN

1ST  PURCHASE OF NARCOTICS                                    $ ▮
     AMOUNT PAID TO C.I. FOR
     PURCHASE OF NARCOTICS                                    $ ▮

2ND  PURCHASE OF NARCOTICS                                    $ 0
     AMOUNT PAID TO C.I. FOR
     PURCHASE OF NARCOTICS                                    $ 0

AMOUNT PAID TO C.I. AS
A RESULT OF THE INVEST.                                       $ 0

MONIES SPENT BY UNDERCOVER
TO MAKE PURCHASE                                              $ 0

MONIES PAID TO C.I. THAT
LED TO ARREST OF WANTED
SUBJECTS)                                                     $ 0

AMOUNT SPENT AS CASE
PREPARATION, I.E. BAR TABS,
TOLLS, ECT.                                                   $ 0

OTHER EXSPENSES (EXPLAIN)                                     $ 0

                                                    TOTAL:    $ ▮

NOTE: TOTAL MUST BE THE
      SAME AS THE AMOUNT
      AT THE TOP RIGHT BOX

CHECK # _____

ACCOUNT _____

APPROVAL STAMP

SIGNATURE _____

PLAINTIFF'S EXHIBIT

**Exhibit C**



# DEPARTMENT OF POLICE SERVICE

*One Union Ave, New Haven, CT 06519*



Melvin H. Wearing
Chief of Police

John DeStefano, Jr.
Mayor

## INFORMANT PAYMENT REQUEST

CN 00-2225

CI CODE ▮▮▮▮▮▮▮

AMOUNT ALREADY PAID TO CI:$ ▮▮▮▮▮▮

AMOUNT TO BE PAID TO CI:$ 0

REASON: C.I. PROVIDED INFORMATION REGARDING A MARIJUANA SELLING LOCATION AT 68 DAY STREET, NEW HAVEN, CT. THE C.I. ALSO MADE A CONTROLLED PURCHASE OF MARIJUANA FROM THIS ADDRESS AND PROVIDED DETAILED INFORMATION REGARDING THIS ACTIVITY. UPON EXECUTION OF SEARCH AND SEIZURE WARRANT THESE OFFICERS DID NOT SEIZE ANY CONTRABAND, HOWEVER EVIDENCE OF MARIJUANA PACKAGING WAS LOCATED.

OFFICER REQUESTING REIMBURSEMENT DET.M. QUINN          DATE 01/24/00

SUPERVISOR APPROVING                                              DATE



*Pride & Progress*

**Exhibit D**

# NARCOTIC LOG – Please Print Clearly

For Property Room Personnel Only

| DATE | COMP. # | EVIDENCE DESCRIPTION | OFFICER | SQD. | TIME | VERIFIED BY | PROPERTY PICKED UP BY | DATE |
|---|---|---|---|---|---|---|---|---|
| 1/12/00 | | | | | | | | |
| 1/12/00 | N-2225 | Dave Bullet - Nice Bag Oxycontin A | M. Bsul | B | DIST | Kim | | 1-13-06 mms |
| 1/12/00 | | Free Navygill's Substance | | | | | | |
| 1/12/00 | | | | | | | | |
| 1/13/00 | | | | | | | | |
| 1/12/00 | | | | | | | | |
| 1-12-00 | | | | | | | | |
| 1/13/00 | | | | | | | | |
| 1/12/00 | | | | | | | | |
| 1/14/02 | | | | | | | | |
| 1/13/00 | | | | | | | | |
| 1/13/00 | | | | | | | | |

PLAINTIFF'S EXHIBIT

**Exhibit E**

STRUCTIONS TO PREPARER: 1. Type or print with ballpoint pen.  2. Remove last copy for your records.  3. Forward remaining copies intact to clerk of court.
STRUCTIONS TO CLERK: 1. Enter Docket No. and Inventory No.  2. Remove carbons by snapping off this top stub.  3. Read instructions on the back of the bottom stub.

## INVENTORY OF PROPERTY SEIZED
## WITHOUT A SEARCH WARRANT
JD-CR-18  Rev. 3-96
C.G.S. §§ 21a-262, 26-85, 26-90, 54-36a, 54-36g, 54-36h

| PART A | |
|---|---|
| COURT DOCKET NO. | |

| PART B | |
|---|---|
| COURT DOCKET NO. | |
| CR | |

FOR P.D. USE ONLY
WARRANT APPLIED FOR
TO COURT

- [ ] To Court
- [ ] Destroy – No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

### INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest, file with uniform arrest report.
4. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court)
G.A. No.  6          121 ELM ST.

| COURT APPEARANCE DATE | ARREST | POLICE CASE/RECEIPT NO. | UNIFORM ARREST REPORT NO. |
|---|---|---|---|
| | [ ] MADE  [ ] PENDING | 00-2225 | |

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S)
1. NEU FILE# 00-2225
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S)
1. DET. M. QUINN  NEU
   1 UNION AVE.
2.
3.

TYPE OF INCIDENT
NARCOTIC INVESTIGATION

TOWN OF SEIZURE
NEW HAVEN

| DATE OF SEIZURE | TYPE OF PROPERTY |
|---|---|
| 01/12/00 | [ ] STOLEN  [XX] EVIDENCE  [ ] LOST/FOUND  [XX] INVESTIGATION |

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

1. ITEM#1- ONE (1) SMALL BLACK PLASTIC ZIP-LOCK BAG CONTAINING A GREEN PLANT-LIKE
2. SUBSTANCE.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

PLAINTIFF'S
EXHIBIT
9/8/03

money was seized, enter total amount here ▶

| TOTAL AMOUNT OF CASH | |
|---|---|
| $ NONE | |

ED (Police Officer)          (Title)  DET.
DATE 01/12/00
DEPARTMENT NEW HAVEN

PROPERTY ROOM USE ONLY

NCE PHOTOGRAPHED
NO  [ ] YES

| DATE | REMARKS |
|---|---|

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|

**Exhibit F**

*FOLD ADHESIVE TO THIS LINE AND SEAL*

# POLICE DEPARTMENT
# CITY OF NEW HAVEN
# DRUG EVIDENCE ONLY



CASE NO. _00-2225_    DATE _01/12/00_    TIME _1700_

ARRESTED _NEW FILE # 00-2225_

ARRESTED _____

ARRESTED _____

DESCRIPTION OF EVIDENCE _____

_ITEM #1 - ONE (1) SMALL BLACK ZIP-LOCK BAG
CONTAINING A GREEN PLANT-LIKE SUBSTANCE._

T NAME & BADGE # OF PERSON SEALING EVIDENCE _MICHAEL _____ # 534_

ATURE & BADGE # OF PERSON SEALING EVIDENCE _____ #534_

ENTS VERIFIED BY, NAME & BADGE # _____ #73_

**Exhibit G**

SEARCH AND SEIZURE WARRANT
STATE OF CONNECTICUT
New Haven PD
JD-CR-
C.G.S. § 54-33a, 54-1b, 54-1h
Case 3:02-cv-00263-PCD Document 66-2 Filed 03/22/2004 Page 23 of 33
SUPERIOR COURT
00-3413

INSTRUCTIONS TO APPLICANT
File a copy of the application for the warrant and all affidavits, upon which the warrant is based, in a sealed envelope, with the clerk of the court for the geographical area within which the search will be conducted no later than the next business day following the issuance of the warrant. Indicate the police department case number and date of issuance on the front of the sealed envelope.

INSTRUCTIONS TO G.A. CLERK
1. Prior to the execution and return of the warrant, do not disclose any information pertaining to the application for the warrant or any affidavits upon which the warrant is based.
2. Upon execution and return of the warrant, affidavits which are the subject of an order dispensing with the requirement of giving a copy to the owner, occupant or person within forty-eight hours shall remain in the custody of the clerk's office in a secure location apart from the remainder of the court file.

TO: A Judge of the Superior Court:

The undersigned, being duly sworn, complains on oath that the undersigned has probable cause to believe that certain property, to wit:

Cocaine, crack cocaine, heroin, cutting agents, cutting material, grinders, packaging material, glass/plastic vials, glass/plastic smoking pipes, glassine envelopes/bags, weighing scales, strainers, cookers, needles, syringes, grinders, monies, all financial records, safes, documentation of residence, records of transactions, beepers/pagers, and police scanners. Also, rifles, shotguns, handguns, and ammunition. And that the items seized may be subsequently submitted to the Forensic Laboratory for examination, along with any evidence seized pursuant to this warrant



X     is possessed, controlled, designed or intended for use of which is or has been or may be used as the means of committing the criminal offense of:
Sale, or possession with intent to sell, of a narcotic substance, in violation of C.G.S. 21a-277;

was stolen or embezzled from

X     constitutes evidence of the following offense or that a particular person participated in the commission of the offense of:
Sale, or possession with intent to sell, of a narcotic substance, in violation of C.G.S. 21a-277;

is in the possession, custody or control of a journalist or news organization, to wit:

and such person or organization has committed or is committing the following offense which is related to such property:

and such property constitutes contraband or an instrumentality of the criminal offense of

And is within or upon a certain person, place, or thing, to wit
PERSON

PLACE OR THING
#84 DAY STREET, NEW HAVEN, CT. WHICH IS A BRICK AND BEIGE WOODEN APARTMENT UNIT LOCATED WITHIN A MULTI-APARTMENT COMPLEX. THAT #84 IS CLEARLY AFIXED TO THE FRONT DARK GREEN DOOR.
#86 DAY STREET, NEW HAVEN, CT. WHICH IS A BRICK AND BEIGE WOODEN APARTMENT UNIT LOCATED WITHIN A MULTI-APARTMENT COMPLEX. THAT #86 IS CLEARLY AFIXED TO THE FRONT DARK GREEN DOOR.

Exhibit B

And that the facts establishing the grounds for issuing a Search and Seizure Warrant are the following:

1.   THE UNDERSIGNED, DET. BRIAN MAURO BEING DULY SWORN, DOES DEPOSE AND STATE THAT HE IS A MEMBER OF THE NEW HAVEN POLICE DEPARTMENT SINCE 1996 AT ALL TIMES MENTIONED HEREIN HE WAS ACTING AS A MEMBER OF SAID DEPARTMENT. THE FOLLOWING FACTS AND CIRCUMSTANCES ARE STATED FROM PERSONAL KNOWLEDGE AND OBSERVATIONS AS WELL AS INFORMATION RECEIVED FROM OTHER POLICE OFFICERS ACTING IN THEIR OFFICIAL CAPACITY AND FROM OFFICIAL POLICE REPORTS AND STATEMENTS MADE BY PRUDENT AND CREDIBLE WITNESSES

2.   THE UNDERSIGNED, DET. MICHAEL QUINN BEING DULY SWORN, DOES DEPOSE AND STATE THAT HE IS A MEMBER OF THE NEW HAVEN POLICE DEPARTMENT SINCE JANUARY 1987. AT ALL TIMES MENTIONED HEREIN HE WAS ACTING AS A MEMBER OF SAID DEPARTMENT. THE FOLLOWING FACTS AND CIRCUMSTANCES ARE STATED FROM PERSONAL KNOWLEDGE AND OBSERVATIONS AS WELL AS INFORMATION RECEIVED FROM OTHER POLICE OFFICERS ACTING IN THEIR OFFICIAL CAPACITY AND FROM OFFICIAL POLICE REPORTS AND STATEMENTS MADE BY PRUDENT AND CREDIBLE WITNESSES.

3.   THE AFFIANTS ARE CURRENTLY ASSIGNED TO THE NARCOTICS ENFORCEMENT UNIT OF SAID DEPARTMENT. OUR PRIMARY FUNCTION IS THE ENFORCEMENT OF THE STATE OF CONNECTICUT NARCOTIC STATUTES WITHIN THE CITY OF NEW HAVEN. MEMBERS OF THIS UNIT HAVE RECEIVED SPECIAL TRAINING IN THE FIELD OF NARCOTICS AND ARE FAMILIAR WITH THE VARIOUS METHODS AND HABITS USED BY NARCOTIC DEALERS, AND IN THE SALES AND PACKAGING OF ILLEGAL NARCOTICS. THESE AFFIANTS HAVE BECOME FAMILIAR WITH THE VARIOUS LOCATIONS WHERE NARCOTICS CAN BE PURCHASED ON A DAILY BASIS, AS WELL AS THOSE PERSONS RESPONSIBLE FOR THE ILLEGAL DISTRIBUTION OF NARCOTICS. THESE AFFIANTS HAVE PARTICIPATED IN THE PREPARATION AND EXECUTION OF NUMEROUS SEARCH WARRANTS INVOLVING HEROIN, COCAINE AND MARIJUANA AND HAVE MADE ARRESTS FOR THE SALE AND USE OF SAID NARCOTICS.

The undersigned ("X" one)    X   has not presented this application in any other court or to any other judge

                              has presented this application in another court or to another judge (specify)

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus            pages attached hereto and made a part hereof

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Haven | 2/1/00 | DET. BRIAN MAURO |
| New Haven | 2/1/00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on: | DATE 2/1/00 | SRUIB Judge of   Superior Court |

4.   THE AFFIANTS KNOW THE FOLLOWING REGARDING THOSE INVOLVED IN THE SALE O
     USE OF NARCOTICS FROM THEIR TRAINING AND EXPERIENCE. THAT IN ADDITION TO
     THE NARCOTICS THEMSELVES. THEY WILL MAINTAIN SUCH ITEMS AS FOLLOWS:
     CUTTING AGENTS TO DILUTE SAID NARCOTICS. PACKAGING AND GRINDERS AS
     DEFINED IN SEC. 21A-240(20)(A)  THEY MAINTAIN THESE ITEMS IN ORDER TO DILUTE,
     PACKAGE AND WEIGH NARCOTICS FOR RESALE. THE AFFIANTS KNOW THAT
     PERSONS INVOLVED IN THE SALE OF NARCOTICS WILL MAINTAIN FIREARMS AS
     DEFINED IN SEC. 53-2(10). THEY WILL ALSO MAINTAIN AMMUNITION FOR THESE
     WEAPONS. THESE PERSONS, IN ADDITION TO THE FIREARMS, WILL MAINTAIN
     DANGEROUS WEAPONS AS DEFINED SEC. 53-206. THAT FIREARMS AND DANGEROUS
     WEAPONS ARE MAINTAINED TO INSTILL FEAR IN CUSTOMERS AND RIVALS AND TO
     PROTECT THE NARCOTICS THEMSELVES. IN ADDITION, PERSONS INVOLVED IN
     NARCOTIC TRAFFICKING MAINTAIN POLICE RADIO SCANNERS TO BE ALERTED TO ANY
     POLICE ACTIVITY THAT MAY INTERFERE WITH THESE OPERATIONS.

5.   THESE AFFIANTS KNOW THAT PERSONS INVOLVED IN THE NARCOTICS TRADE WILL
     UTILIZE THEIR TELEPHONE TO ARRANGE FOR THE PURCHASE AND SALE OF
     NARCOTICS. THAT THE SEIZURE OF THESE TELEPHONE RECORDS IS A VALUABLE
     ASSET IN IDENTIFYING THE PERSONS INVOLVED IN THE SALE OF NARCOTICS AND
     THEIR USE. THAT IN CONNECTION WITH THE DEPOSIT BOXES FOR THE STORAGE OF
     BOTH NARCOTICS AND MONEY DERIVED FROM THE SALE OF NARCOTICS, THAT
     SEIZURE OF SUCH SAFETY DEPOSIT BOXES, AND BOX KEYS AND/OR RECORDS OF
     SAFETY DEPOSIT BOXES IS A VALUABLE ASSET IN FURTHERING THE INVESTIGATION
     OF NARCOTIC TRAFFICKING. PERSONS INVOLVED IN THE TRAFFICKING OF ILLEGAL
     NARCOTICS WILL USE THE PROCEEDS FROM SAID SALE TO PURCHASE SUCH ITEMS
     AS CARS, GOLD AND SILVER JEWELRY, VCR'S TELEVISION SETS, AND CAMERAS,
     PAYING CASH FOR THESE ITEMS. THEY WILL DEPOSIT THE PROCEEDS INTO SAID



The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| NEW HAVE | 2/01/00 | DET. BRIAN MAURO |
| NEW HAVE | 2/01/00 | DET. MICHAEL QUINN |
| JURAT  Subscribed and sworn to before me on: | DATE  2/1/00 | SIGNED (Judge of the Superior Court) |

5A.   BANK ACCOUNTS. SEIZURE OF SAID DOCUMENTS AND RECORDS SHOWING CASH PURCHASES, OR EXISTENCE OF SUCH ACCOUNTS, AND OTHER FINANCIAL RECORDS. INCOME TAX RETURNS, PROPERTY OR LAND RECORDS. AND RENT OR MORTGAGE RECEIPTS AID THE INVESTIGATORS IN PLACING THE PROCEEDS OF NARCOTICS TRAFFICKERS AND THE SEIZURE OF GOODS PURCHASED FROM THE SALE OF NARCOTICS.

6.    ALL NARCOTIC RELATED ITEMS SEIZED DURING THE EXECUTION OF THIS SEARCH WARRANT WILL BE FIELD TESTED BY CERTIFIED OFFICERS AND LATER SENT TO THE STATE TOXICOLOGY LABORATORY FOR FURTHER ANALYSIS.

7.    THAT DURING THE WEEK OF 01/17/00 THESE AFFIANTS DID MET WITH A KNOWN AND RELIABLE INFORMANT FOR THE PURPOSE OF GATHERING INTELLIGENCE INFORMATION CONCERNING THE SALES OF NARCOTICS WITHIN THE WAVERLY STREET/DAY STREET PUBLIC HOUSING COMPLEX IN THE CITY OF NEW HAVEN, CT. THAT SAID INFORMANT HAS PROVIDED INFORMATION IN THE PAST THAT HAS BEEN PROVEN TRUE AND ACCURATE. THIS C.I. STATED THAT IT HAD KNOWLEDGE OF A CRACK COCAINE OPERATION THAT WAS UTILIZING THE ADDRESS OF 84 AND 86 DAY STREET TO SELL LARGE QUANTITIES OF STREET LEVEL CRACK COCAINE. THE C.I. STATED THAT SEVERAL BLACK MALE SUBJECTS THAT BOTH LOITER AND RESIDE AT THESES ADDRESSES ARE DIRECTLY RESPONSIBLE FOR THE SALES OF CRACK COCAINE THAT OCCUR WITHIN THE APARTMENTS AND THE REAR COURT YARDS . THE C.I. HAS BEEN WITHIN BOTH 84 AND 86 DAY STREET NUMEROUS TIMES DURING THE ABOVE WEEK AS WELL AS IN THE PAST AND HAS OBSERVED THE UNKNOWN BLACK MALES IN POSSESSION OF A LARGE QUANTITY OF CRACK COCAINE THAT WAS PREPACKAGED FOR STREET SALE. THE C.I HAS ALSO OBSERVED THE YOUNG BLACK MALE'S MAKE NUMEROUS SALES OF CRACK COCAINE FROM BOTH APARTMENTS AS WELL AS THE REAR COURT YARD IN THE BACK OF THE APARTMENTS.



The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property

STATE OF CONNECTICUT

| | CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|---|
| | NEW HAVEN | 2/01/00 | DET. BRIAN MAURO |
| | NEW HAVEN | 2/01/00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on | 2/1/00 | |

8.  THAT THE ABOVE CONFIDENTIAL INFORMANT IS KNOWN AND RELIABLE AND HAS PROVIDED INFORMATION IN THE PAST WHICH WAS PROVEN TRUE AND ACCURATE. THAT SAID INFORMATION LED TO THE ISSUANCE OF SEARCH AND SEIZURE WARRANTS THAT RESULTED IN THE SEIZURE OF NARCOTICS, WEAPONS, MONIES AND DRUG PARAPHERNALIA AS A RESULT NUMEROUS ARRESTS WERE MADE IN WHICH MANY ENDED WITH CONVICTIONS IN A COURT OF LAW.

9.  THAT DURING THE WEEK OF 01/17/00 THESE AFFIANTS SPOKE WITH SGT. HASSETT THE O I.C OF THE BEAVER HILLS DISTRICT WHICH ENCOMPASSES THE WAVERLY STREET/DAY STREET PUBLIC HOUSING COMPLEX SGT HASSETT STATED THAT PATROL OFFICERS ASSIGNED TO THE AREA REGULARLY CHASE SUBJECTS SELLING NARCOTICS WITHIN THE COURT YARD OF THE WAVERLY STREET HOUSING PROJECT INTO BOTH 84 AND 86 DAY STREET. SGT. HASSETT STATED THAT BOTH ADDRESSES ARE A WELL KNOWN REFUGE FOR SUBJECTS SELLING NARCOTICS IN THE AREA. THAT OFFICERS REGULARLY ASSIGNED TO THIS AREA STATED THAT CUSTOMERS ARRIVE, ENTER THEN QUICKLY EXIT BOTH 84 AND 86 DAY STREET. THIS OCCURS WHEN THE SUBJECTS SELLING NARCOTICS ARE NOT IN THE REAR OF THESE APARTMENTS SELLING FROM THE COURT YARD AREA. THE OFFICERS STATED THAT THE SUBJECTS RESPONSIBLE FOR THE SALES OFTEN SELL FROM WITHIN THE APARTMENTS SO THEY ARE NOT SEEN BY THE PASSING POLICE PATROLS.

10.  THAT DURING THE WEEK OF 01/17/00 THESE AFFIANTS CONDUCTED SEVERAL SURVEILLANCES OF BOTH 84 AND 86 DAY STREET, NEW HAVEN, CT. DURING WHICH TIME THESE AFFIANTS HAD A CLEAR AND UNOBSTRUCTED VIEW OF THE PREMISE, THAT THESE SURVEILLANCE WERE CONDUCTED DURING BOTH THE DAY AND NIGHTTIME HOURS.

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Hn | 2-1-00 | DET. BRIAN MAURO |
| New Hn | 2-1-00 | DET. MICHAEL QUINN |
| JURAT  Subscribed and sworn to before me on: | DATE 2-1-00 | SIGNED (Judge or Clerk, Superior Court) |

10A. DURING THESE SURVEILLANCES THE AFFIANTS OBSERVED A LARGE AMOUNT OF BOTH WALK UP AND DRIVE UP CUSTOMERS THAT WOULD ARRIVE AND ENTER THROUGH THE REAR DOORS (COURT YARD SIDE). THAT THESE CUSTOMERS CONSISTED OF BOTH SEXES AND VARIOUS RACES. THAT THESE AFFAINTS ALSO RECOGNIZED SEVERAL OF THESE CUSTOMERS AS DRUG DEPENDANTS/DRUG ABUSER FROM PREVIOUS INVESTIGATION. THAT THESE CUSTOMERS WOULD ENTER THE PREMISE THROUGH THE REAR DOORS, REMAIN FOR SEVERAL MINUTES THEN EXIT THE SAME WAY THEY ENTERED, THEN LEAVE IN THE SAME MANNER THAT THEY ARRIVED. THAT THESE AFFIANTS RECOGNIZE THIS TYPE OF BEHAVIOR FROM OUR TRAINING AND EXPERIENCE AS THE WAY NARCOTICS ARE SOLD FROM A DWELLING. THAT NARCOTIC DEALERS PREFER TO CONDUCT THEIR TRANSACTIONS FROM BEHIND CLOSED DOORS OUT OF VIEW FROM PASSING POLICE PATROLS. THIS ALSO ENABLES THEM TO SECRET LARGE AMOUNTS OF NARCOTICS IN A SAFE PLACE SO THAT THEY DO NOT HAVE TO TRAVEL FROM THE SELLING LOCATION TO RESUPPLY THEMSELVES. THAT DURING THESE SURVEILLANCES THE AFFIANTS ALSO OBSERVED SEVERAL UNKNOWN B/M SUBJECTS ( LATE TEENS EARLY TWENTIES) ENTERING AND EXITING BOTH 84 AND 86 DAY STREET. THAT THESE SUBJECTS WOULD OFTEN LOITER IN THE REAR PORCH AREA BETWEEN THESE TWO ADDRESSES. THESE SUBJECTS WERE OBSERVED BY THESE AFFIANTS MAKING NUMEROUS HAND TO HAND TRANSACTIONS WITH CUSTOMERS THAT ARRIVED AT THIS LOCATION. THE B/M SUBJECTS FREQUENTLY WENT IN AND OUT OF 84 AND 86 DAY STREET IN BETWEEN TRANSACTIONS.

11. THAT DURING THE WEEK OF 01/19/00 THESE AFFIANTS DID MEET WITH THE SAME KNOWN AND RELIABLE INFORMANT FOR THE PURPOSE OF MAKING A CONTROLLED PURCHASE OF CRACK COCAINE FROM 84 OR 86 DAY STREET, NEW HAVEN, CT.. THAT PRIOR TO MAKING THIS CONTROLLED PURCHASE OF CRACK COCAINE THE INFORMANT WAS SEARCHED FOR BOTH CONTRABAND AND MONIES AND WAS FOUND VOID OF

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| | CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|---|
| | New Haven | 2/01/00 | DET. BRIAN MAURO |
| | New Haven | 2/01/00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on | DATE 2/11/00 | SIGNED (Judge of the Superior Court) |

11A.  BOTH THE C.I. WAS THEN ISSUED DEPARTMENTAL FUNDS AND WAS DIRECTED TO THE TARGET LOCATION WHICH WOULD ALLOW THESE AFFIANTS A CLEAR AND UNOBSTRUCTED VIEW OF THE INFORMANT AND THE TARGET LOCATION. THESE AFFIANTS WATCHED AS THE INFORMANT WENT DIRECTLY TO 84 DAY STREET AND ENTERED THE REAR DOOR. AFTER SEVERAL MINUTES THE C.I. EXITED THE SAME REAR DOOR AND WENT DIRECTLY TO A PREARRANGED LOCATION TO MET THESE AFFIANTS DURING WHICH TIME THE C.I. WAS KEPT UNDER CONSTANT SURVEILLANCE. THAT UPON MEETING THESE AFFIANTS THE C.I. HANDED OVER A QUANTITY OF A WHITE ROCK-LIKE SUBSTANCE PURPORTED TO BE CRACK COCAINE. THAT AGAIN THE C.I. WAS SEARCHED FOR BOTH CONTRABAND AND MONIES AND WAS FOUND VOID OF BOTH. THESE AFFIANTS DID CONDUCT A FIELD TEST OF THE WHITE ROCK-LIKE SUBSTANCE WHICH RESULTED IN A POSITIVE REACTION FOR THE PRESENCE OF COCAINE, THIS WAS SEIZED AS EVIDENCE AND WILL BE SENT TO THE STATE LAB FOR FURTHER TESTING. THAT DURING THE DEBRIEFING THE C.I. STATED THAT IT WALKED TO THE REAR OF 84 AND 86 DAY STREET AND AT THIS TIME OBSERVED THE REAR DOOR OF 84 OPEN. AT THIS TIME IT THE C.I. APPROACHED THE DOOR AND OBSERVED SEVERAL B/M SUBJECTS IN THE KITCHEN AREA OF THE APARTMENT. UPON SEEING THE C.I. ONE OF THE B/M'S APPROACHED THE REAR DOOR AND ASKED THE C.I. "WHAT YOU WANT" ? AT THIS TIME BRIEF DISCUSSION OCCURRED CONCERNING THE AMOUNT OF CRACK COCAINE THAT WAS TO BE PURCHASED. AFTER AGREEING ON THE AMOUNT THE B/M INVITED THE C.I. INTO THE APARTMENT THEN WENT INTO HIS JACKET POCKET AND REMOVED A LARGE PLASTIC BAG CONTAINING NUMEROUS PIECES OF CRACK COCAINE. THE B/M THEN REMOVED THE DESIRED AMOUNT OF CRACK COCAINE FROM THE BAG AND HANDED SAME TO THE C.I. INTURN THE C.I. THEN HANDED THE B/M THE DEPARTMENTAL FUNDS . UPON RECEIVING THE CRACK COCAINE THE C.I. EXITED THE APARTMENT AND MET THESE AFFIANTS.

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Have | 2/01/00 | DET. BRIAN MAURO |
| New Have | 2/01/00 | DET. MICHAEL QUINN |
| JURAT  Subscribed and sworn to before me on | DATE  2/1/00 | SIGNEE Judge of the Superior Court |

12. DURING THE WEEK OF 01/25/00 THESE AFFIANTS SPOKE WITH OFC. NOVELLA WHO IS ASSIGNED TO THE AREA THAT ENCOMPASSES THE WAVERLY STREET/DAY STREET PUBLIC HOUSING COMPLEX. THAT OFC NOVELLA STATED THAT DURING THE LAST TWO WEEKS THE NARCOTIC ACTIVITY BETWEEN 84 AND 86 DAY STREET HAS SKYROCKETED AND THAT THE SUBJECTS RESPONSIBLE FOR THE SALES CONTINUE TO GO IN AND OUT OF BOTH 84 AND 86 DAY STREET TO I LUDE THE POLICE AND TO RESUPPLY THEMSELVES WITH NARCOTICS. THAT SINCE 01/10/00 OFC. NOVELLA AND OTHER OFFICERS ASSIGNED TO THE AREA HAVE MADE NO FEWER THAN (5) FIVE NARCOTIC ARRESTS WHICH OCCURRED BETWEEN 84 AND 86 DAY STREET. THAT DURING THESE ARRESTS OFC. NOVELLA AND OTHER OFFICERS HAVE SEIZED NUMEROUS BAGS OF MARIJUANA AND CRACK COCAINE ALONG WITH A LARGE AMOUNT OF CURRENCY FROM BOTH SUBJECTS BUYING ILLICIT NARCOTICS AND THOSE SUBJECTS SELLING THEM. OFC. NOVELLA STATED THAT SEVERAL OF THE SUBJECTS INVOLVED IN THE DAY TO DAY SALES ARE CORY BEARD, JOHN SANFORD, STEVEN SANFORD, TIM SANFORD AND JOSE PARALATA.

13. THAT DURING THE WEEK OF 01/25/00 THESE AFFIANTS AGAIN SPOKE WITH THE ABOVE KNOWN AND RELIABLE INFORMANT REGARDING THE ILLICIT NARCOTIC ACTIVITY OCCURRING AT BOTH 84 AND 86 DAY STREET, NEW HAVEN, CT. THAT SAID C.I. STATED THAT IS WAS WITHIN BOTH 84 AND 86 DAY STREET DURING THE ABOVE WEEK AND OBSERVED B/M SUBJECTS IN POSSESSION OF A LARGE AMOUNT OF PREPACKAGED STREET LEVEL CRACK COCAINE AND MARIJUANA. THE C.I. ALSO OBSERVED THESE B/M SUBJECTS MAKE SEVERAL SALES OF CRACK COCAINE AND MARIJUANA FROM WITHIN BOTH 84 AND 86 DAY STREET. THAT C.I. STATES THAT WHEN THE SUBJECTS RUN OUT OF CRACK COCAINE AND MARIJUANA THAT THEY HAVE ON THERE PERSON THEY WILL GO SOMEWHERE INTO THE APARTMENTS AND RESUPPLY THEMSELVES WITH MORE NARCOTICS. THE C.I. STATES THAT ONE OF THE SELLERS WHO'S FIRST NAME IS CORY RESIDES AT 84 DAY STREET AND THAT ONE OF THE BOSSES GIRLFRIEND RESIDES AT 86 DAY STREET WITH HER CHILDREN.

The undersigned has not presented this application in any other court or to any other judge

This application consists of this form plus _____ pages attached hereto and made a part hereof

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Haven | 2/01/00 | DET. BRIAN MAURO |
| New Haven | 2/01/00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on | 2/1/00 |

14.    THESE AFFIANTS DID UTILIZE THE NHPD IN HOUSE COMPUTER TO CHECK ON
SEVERAL OF THE SUSPECTED DEALERS IN THE WAVERLY STREET/DAY STREET AREA.
INTURN THESE AFFIANTS DISCOVERED THAT JOHN SANFORD (DOB 08/11/72) HAS
FORTY SEVEN (47) ENTRIES IN THE COMPUTER. THAT FOUR OF THESE ENTRIES WERE
FOR ARRESTS ON NARCOTIC VIOLATIONS. THAT CORY BEARD (DOB 05/07/85) WAS
THE DRIVER OF A VEHICLE THAT PERPETRATED A DRIVE-BY SHOOTING AT HILLHOUSE
HIGH SCHOOL ON 11/12/99. ON 01/27/00 AT APPROXIMATELY 5:20 PM OFFICERS
HARKINS AND CAVALIER WERE OBSERVING THE NARCOTIC ACTIVITY AT 84 AND 86
DAY STREET WHEN THEY OBSERVED THE RESIDENT OF 84 DAY STREET, CORY
BEARD MAKE TWO NARCOTIC TRANSACTIONS OUTSIDE THE REAR OF 84 DAY STREET.
THAT AFTER EACH TIME BEARD TOOK MONEY FROM THE SUSPECTED CUSTOMER HE
WENT INTO HIS RESIDENCE AND RETURNED WITH THE CRACK COCAINE HE SOLD TO
THE CUSTOMER. AFTER OBSERVING THESE TWO TRANSACTIONS AND MAKING
ARRESTS ON THE CUSTOMERS OFFICERS CAVALIER AND HARKINS PLACED BEARD
UNDER ARREST FOR TWO COUNTS OF SALE OF NARCOTICS. THESE ARRESTS IN THE
SEIZURE OF CRACK COCAINE.

15.

THESE AFFIANTS DID CHECK THE NEW HAVEN HOUSING AUTHORITY TENANT LIST
FOR DAY STREET AND INTURN DID DISCOVER THAT 84 AND 86 DAY STREET ARE
CURRENTLY OCCUPIED APARTMENTS. THAT HOUSING AUTHORITY RECORDS SHOW
DEBRA PIERCE-BEARD AND CORY BEARD RESIDE AT 84 DAY STREET AND MONIQUE
PATTERSON RESIDES AT 86 DAY STREET BOTH IN NEW HAVEN, CT.

16.

WHEREFORE THESE AFFIANTS BELIEVE PROBABLE CAUSE DOES EXIST FOR THE
ISSUANCE OF A SEARCH AND SEIZURE WARRANT FOR THE ADDRESSES OF 84 AND 86
DAY STREET, NEW HAVEN, CT.

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus          pages attached hereto and made a part hereof

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing,
search the same, and take into custody all such property

STATE OF CONNECTICUT

| | CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|---|
| | New Have | 12/61/00 | DET. BRIAN MAURO |
| | New Have | 02/01/00 | DET. MICHAEL QUINN |
| JURAT | Subscribed and sworn to before me on: | DATE 2/1/01 | SIGNED (Judge of the Superior Court) |

SEARCH AND SEIZURE WARRANT
Case 3:02-cv-00263-PCD    Document 43-2    Filed 03/22/2004    Page 32 of 33
STATE OF CONNECTICUT
SUPERIOR COURT
New Haven
00-3413

The foregoing Affidavit and Application for Search and Seizure Warrant having been presented to and been considered by the undersigned, a Judge of the Superior Court, the undersigned (a) is satisfied therefrom that grounds exist for said application, and (b) finds that said affidavit establishes grounds and probable cause for the undersigned to issue this Search and Seizure Warrant, such probable cause being the following: From said affidavit the undersigned finds that there is probable cause for the undersigned to believe that the property described in the foregoing affidavit and application is within or upon the person, if any, named or described in the foregoing affidavit and application, or the place or thing, if any, described in the foregoing affidavit and application, under the conditions and circumstances set forth in the foregoing affidavit and application and that, therefore, a Search and Seizure Warrant should issue for said property.

NOW THEREFORE, by Authority of the State of Connecticut, I hereby command any Police Officer or a regularly organized police department, any State Policeman, or any conservation officer, special conservation officer or patrolman acting pursuant to C.G.S. § 26-6 to whom these presents shall come within ten days after the date of this warrant  to

x    enter into or upon and search the place or thing described in the foregoing affidavit and application, to wit

#84 DAY STREET, NEW HAVEN, CT. WHICH IS A BRICK AND BEIGE WOODEN APARTMENT UNIT LOCATED WITHIN A MULTI-APARTMENT COMPLEX. THAT #84 IS CLEARLY AFIXED TO THE FRONT DARK GREEN DOOR.

#86 DAY STREET, NEW HAVEN, CT. WHICH IS A BRICK AND BEIGE WOODEN APARTMENT UNIT LOCATED WITHIN A MULTI-APARTMENT COMPLEX. THAT #86 IS CLEARLY AFIXED TO THE FRONT DARK GREEN DOOR.

search the person described in the foregoing affidavit and application, to wit:

for the property described in the foregoing affidavit and application, to wit:

Cocaine, crack cocaine, heroin, cutting agents, cutting material, grinders, packaging material, glass/plastic vials, glass/plastic smoking pipes, glassine envelopes/bags, weighing scales, strainers, cookers, needles, syringes, grinders, monies, all financial records, safes, documentation of residence, records of transactions, beepers/pagers, and police scanners. Also, rifles, shotguns, handguns, and ammunition. And that the items seized may be subsequently submitted to the Forensic Laboratory for examination, along with any evidence seized pursuant to this warrant.

and upon finding said property to seize the same, take and keep it in custody until the further order of the court, and with reasonable promptness make due return of this warrant accompanied by a written inventory of all property seized.

: X    The foregoing requests that the judge dispense with the requirement of C.G.S. § 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein and that the affidavit in support of such request also be included in such nondelivery is hereby

: X  : GRANTED for a period of    : NOT TO EXCEED 2 WEEKS BY YOUR DATE WARRANT IS EXECUTED    not to exceed two weeks

This order, or any extension thereof, dispensing with said requirement shall not limit disclosure of such affidavits to the attorney for a person arrested in connection with or subsequent to the execution of the search warrant unless, upon motion of the prosecuting authority within two weeks of such arraignment the court finds that the state's interest in continuing nondisclosure substantially outweighs the defendant's right to disclosure.

: : DENIED

Signed at _____    Connecticut, on    : DATE  2/11/00    : SIGNED (Judge) of the Superior Court

INVENTORY CONTROL NO

| JUDICIAL DISTRICT | G A | AT (Address of Court) | DATE OF SEIZURE |
|---|---|---|---|
| New Haven | 6 | 121 Elm Street, New Haven | 02/02/00 |

TYPE KEY (DS)   ORIG JPM ARREST (D)   POLICE CASE NO   COMPANION CASE NO

CR   00-3413

Then and there by virtue and pursuant to the authority of the foregoing warrant, I searched the person, place, or thing named therein, to wit:

PERSON

PLACE or THING

#84 DAY STREET, NEW HAVEN, CT. WHICH IS A BRICK AND BEIGE WOODEN APARTMENT UNIT LOCATED WITHIN A MULTI-APARTMENT COMPLEX. THAT #84 IS CLEARLY AFIXED TO THE FRONT DARK GREEN DOOR.

#86 DAY STREET, NEW HAVEN, CT. WHICH IS A BRICK AND BEIGE WOODEN APARTMENT UNIT LOCATED WITHIN A MULTI-APARTMENT COMPLEX. THAT #86 IS CLEARLY AFIXED TO THE FRONT DARK GREEN DOOR.

and found thereon or therein, seized, and now hold in custody, the following property...

Total Cash Seized:   NONE   consisting of

ITEM#A- TWO (2) BLUE TINTED PLASTIC ZIP-LOCK BAGS EACH CONTAINING A GREEN PLANT-LIKE SUBSTANCE
ITEM#B- ONE (1) PLASTIC BAG CONTAINING (17) SEVENTEEN SMALL RED ZIP-LOCK PLASTIC BAG EACH CONTA
A WHITE ROCK-LIKE SUBSTANCE.
ITEM#1- FOUR EMPTY RIFLE CASES.
ITEM#2- PROOF OF RESIDENCE FOR ISAAC PIERCE, DEBRA BEARD-PIERCE AND CORY BEARD.
ITEM#3- ONE SENTRY FLOOR SAFE.
ITEM#4- FOUR CELLULAR TELEPHONES AND ADAPTORS.
ITEM#5- TWO UNCLE MIKES HANDGUN HOLSTERS.
ITEM#6- FOUR VIDEO CASSETTES.
ITEM#7- ONE COLONIAL BRAND POCKET TOOL..
ITEM#8- ASSORTED PAPERS BELONGING TO ISAAC PIERCE.
ITEM#9- SIX (6) REMMINGTON SHOTGUN SLUGS. (.12GA)
ITEM#10- TWENTY SEVEN (27) .20GA SHOTGUN SHELLS.
ITEM#11- TEN (10) REMMINGTON SHOTGUN SHELLS.
ITEM#12- TEN (10) .303 ENFIELD RIFLE SHELLS.
ITEM#13- SIX (6) .25 CALIBER PISTOL SHELLS.
ITEM#14- FOUR (4) .22 CALIBER PISTOL SHELLS.
ITEM#15- ONE BOX CONTAINING (35) THIRTY FIVE .45 CALIBER ROUNDS OF AMMUNTION.
ITEM#16- ONE EMPTY GUN BOX FOR A ASTRA .45 CALIBER PISTOL.
ITEM#17- ONE EMPTY GUN BOX FOR A .25 CALIBER PISTOL.
ITEM#18- ONE EMPTY PHOENIX ARMS GUN BOX.
ITEM#19- ONE BLACK MESH BANDOLOIR .12GA SHOT SHELL CARRIER.
ITEM#20- ONE BLACK PLASTIC STOCK.
ITEM#21- ONE CAMO POUCH.
ITEM#22- ONE CLEAR PLASTIC BAG CONTAINING PAPERS BELONGING TO ISAAC PIERCE.

and I gave a copy of such warrant to   DEBRA PIERCE-BEARD   the owner or occupant of

the dwelling, structure, motor vehicle or place designated therein, or to _____

the person, named therein; on (Date);   02/02/00

DATE OF THIS RETURN   SIGNED (Officer's Signature and department)

02/03/00   NEW HAVEN

Note: Form JD-CR-61, pages 1-8 must be supplemented by Form JD-CR-52.