UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY CONYERS,<br>Plaintiff | : | NO. 3:02CV 263 (PCD) |
| VS. | : | |
| R. C. HASSETT, ET AL.<br>Defendants | : | APRIL 13, 2004 |

### CONSENT
### MOTION FOR EXTENSION OF TWO BUSINESS DAYS IN WHICH TO RESPOND TO PENDING PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS

The undersigned counsel for the 0defense respectfully requests an extension of time of **two business days, to and including tomorrow, Wednesday, April 14, 2004**, in which to respond to plaintiffs pending Motion to Compel and for Sanctions. The response was due by close of business yesterday.

COUNSEL FOR PLAINTIFF CONSENTS TO THIS MOTION.

There have been no prior requests for an extension for this purpose..

**Reasons for granting the requested relief.**

1. The undersigned is and has been the sole attorney of record for the defendants in this lawsuit.

2. Approximately nine days ago I became ill and took time off from work to recover. When I had not recovered and instead got worse after several days I went to the hospital where I was checked in and remained until this past weekend.

3. This week I must complete a number of items, some overdue like this

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

matter, including but not limited to (i) two appellate briefs, (ii) preparation for a State Court multi-week trial to begin jury selection and testimony next week (including completion of motions in limine, jury instructions, witness preparation, and three depositions that were to have been done last week), (iii) a State Freedom of Information Act Final Hearing before the Full FOI Commission, (iv) partial completion of discovery in several related lawsuits involving claims to a number of City-owned properties and to a federally funded grant authorized through the City, and (v) completion of affidavits summarizing thousands of pages of documents at issue in another lawsuit. (Full citations to each of the foregoing referenced matters is available upon telephone request.)

Respectfully submitted,

*Martin S. Echter*
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct07596
PAGER: 1-860-590-4432

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, mailed, to Attorney Diane Polan and Attorney Paul Garlinghouse, 129 Church Street, Suite 802, New Haven, CT 06510, this 13th day of April, 2004.

*Martin S. Echter*
Martin S. Echter

-2-