UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 14 P 5: 02

BEVERLY CONYERS,      : NO. 3:02CV 263 (PCD)
Plaintiff

DISTRICT C..
NEW HAVEN, CO...

VS.                   :

R. C. HASSETT, ET AL. : APRIL 14, 2004
Defendants

**CONSENT**
**MOTION FOR EXTENSION TO TOMORROW MORNING TO FILE OPPOSITION**
**TO PENDING PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

The undersigned counsel for the defense respectfully requests an extension of time **until tomorrow morning, Thursday, April 15, 2004 before 12:00 noon**, in which to respond to plaintiffs pending Motion to Compel and for Sanctions. Copies of our opposition will also be hand-delivered, respectively, to Chambers and to plaintiff's counsel.

COUNSEL FOR PLAINTIFF CONSENTS TO THIS MOTION. There has been one prior request for an extension for this purpose, of two days until today.

**Reasons for granting the requested relief.**

**1.** In my prior motion I described the undersigned described my recent illness and hospitalization which delayed completion of my response by April 12, plus a number of other contemporaneous court obligations.

**2.** As the Court will observe, plaintiff's motion to compel is much akin to a motion for summary judgment in its detail, purportedly detailing the breadth of the

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

lawsuit and the evidence in support of the claim that the defense should be compelled to disclose the identity of a confidential informant and certain other items of information (the informant's identifying number, and amounts disbursed in connection with the undercover purchase) which the defense has redacted precisely because we believe such disclosure might help identify the confidential informant.

3. An appropriate opposition has required similar detail and thus the limited additional time we request.

4. Not insignificantly, the plaintiff's lead attorney expressly qualified the requests for production to each defendant with the phrase "Plaintiff does not object to the redaction of the names and identifying information of the confidential informants." [Each Request for Production, No. 1.]

Respectfully submitted,

Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct07596
PAGER: 1-860-590-4432

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, mailed, to Attorney Diane Polan and Attorney Paul Garlinghouse, 129 Church Street, Suite 802, New Haven, CT 06510, this 14th day of April, 2004.

Martin S. Echter

-2-