**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BEVERLY CONYERS | : | |
| | : | |
| -vs- | : | Civil No. 3:02 cv 263 (PCD) |
| | : | |
| R.C. HASSETT, ET AL | : | |

<u>ENDORSEMENT ORDER</u>

_____Defendants' motion for extension of time until April 14, 2004 to respond to plaintiff's motion to compel and for sanctions (Doc. #44) is hereby GRANTED NUNC PRO TUNC.

SO ORDERED.

Dated at New Haven, Connecticut, April 15, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge