UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 15  1:29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**BEVERLY CONYERS,** : NO. 3:02CV 263 (PCD)
**Plaintiff**

**VS.** :

**R. C. HASSETT, ET AL.** : APRIL 15, 2004
**Defendants**

### NOTICE OF FILING
### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS

This is to give Notice of the Filing of the accompanying Defendants' Opposition to Plaintiff's Motion to Compel and for Sanctions.

Later today or tomorrow I will supplement this filing with copies of documents referenced herein, as well as two affidavits being executed this afternoon.

I did not wish to further delay this filing. Also, I have a doctor's appointment this afternoon and I am not certain if I will still be able to complete the copying of the documents and obtaining the affidavits later today. *Opposing counsel already has the referenced documents.*

Respectfully submitted,

*[signature]*
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct07596
PAGER: 1-860-590-4432

## Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to Attorney Diane Polan and Attorney David Garlinghouse, 129 Church Street, Suite 802, New Haven, CT 06510, this 15th day of April 2004..

*Martin S. Echter*
Martin S. Echter