UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY CONYERS,           : NO. 3:02CV 263 (PCD) (AWT)
       Plaintiff

VS.                        :

R. C. HASSETT, ET AL.      : APRIL 16, 2004
       Defendants

## DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS

The following itemized and appended documents are filed in support of Defendants' Opposition to Plaintiff's Motion to Compel and for Sanctions.

1. Excerpts from Answers to Interrogatories of defendant Raymond Hassett

2. Excerpts from Answers to Interrogatories of defendant Michael Quinn

3. Excerpts from Answers to Interrogatories of defendant Brian Mauro

4. Excerpts from Answers to Interrogatories of defendant City of New Haven

5. Diagram prepared by defendant Michael Quinn of relevant housing complex and particular apartments and persons of interest

6. Police Computer Printout referencing the assignment to Detective Michael Quinn on January 12, 2000 of Case No. 00-2225, for the plaintiff's address 68 Day Street

(Note as to No. 6: As discussed in our Opposition memorandum, in order that no one with routine access to the police computer system have knowledge that a particular location is under suspicion, "One Union Avenue," the address of the Police Headquarters, was utilized when the Case Number is initially assigned. Only later, after the search warrant was executed and Officer Quinn's Case Incident Report of

January 18, 2000 completed was the actual address, in this instance 68 Day Street, substituted in the computer.  Retired Police Department employee Frank Quadrino or Retired Police Lt. Joyce Illingworth will testify how this system operates – Mr. Quadrino was to sign an affidavit today but did not appear as anticipated.)

7. Search Warrant Application for 68 Day Street

8. Search Warrant for 68 Day Street

9. Police Case Incident Report No. 53278, dated August 21, 1998, regarding a prior narcotics incident involving one of the plaintiff's daughters, Tiara Conyer, and referred to in the search warrant application for 68 Day Street.

10. In Police Case No. 00-2225, an Inventory of Property Seized without a Search Warrant on January 12, 2000 and signed by Detective Michael Quinn, specifically "one (1) small black plastic zip-lock bag containing a green plant-like substance."

11. In Police Case No. 00-2225, the cover of the actual evidence bag, dated January 12, 2000 and signed by Detective Michael Quinn, containing "one (1) small black plastic zip-lock bag containing a green plant-like substance" and referenced in the above cited Inventory of Property Seized without a Search Warrant.

12. The redacted Narcotic Log Sheet which memorialized the submission by Detective Michael Quinn, on January 12, 2000, of the "one (1) small black plastic zip-lock bag containing a green plant-like substance" and referenced in the above cited Inventory of Property Seized without a Search Warrant, in Case Number 00-2225.

13. <u>Case Incident Report No. 00-2225</u>, dated January 18, 2000, prepared by Detective Michael Quinn, documenting the background of obtaining the search warrant for plaintiff's premises, 68 Day Street, and the execution of the warrant

16. Redacted Informant Payment Request form, re <u>Case No. 00-2225</u>.

17. Redacted Case Preparation Expenditures form, re <u>Case No. 00-2225</u>.

Respectfully submitted,

Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct07596
PAGER: 1-860-590-4432

### Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be HAND-DELIVERED to Attorney Diane Polan and Attorney David Garlinghouse, 129 Church Street, Suite 802, New Haven, CT 06510, this 16th day of April 2004.

Martin S. Echter