HONORABLE [illegible] Falcone
TOTAL TIME ___ hours ___ minutes
DATE 4/20/04  START TIME 9:00  END TIME 3:35
LUNCH RECESS FROM [illegible] TO 1:00
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Beverly Conyers                CIVIL NO. 3:02cv263 (PCD)    [illegible]
                                                             Plaintiff's Counsel
          vs.                        ☐ SEE ATTACHED CALENDAR FOR COUNSEL
R.C. Hassett, et al.                  [illegible]
                                      Defendants' Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- ☐  ☐ Call of the Calendar held  ☐ Call of the Calendar over to _____
- ☑  ☑ Jury Selection held  ☐ Jury Selection continued until _____
- ☐  # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐  # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐  # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐  # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐  _____  ☐ filed ☐ docketed
- ☐  _____  ☐ filed ☐ docketed
- ☐  _____  ☐ filed ☐ docketed
- ☐  _____  ☐ filed ☐ docketed
- ☑  88 # jurors present
- ☑  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☑  Voir Dire by Court
- ☑  Peremptory challenges exercised (See attached)
- ☑  Jury of 8 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
- ☐  Remaining jurors excused
- ☐  Discovery deadline set for _____
- ☐  Disposition Motions due _____
- ☐  Joint trial memorandum due _____
- ☑  Trial continued until 5/4/04 at 10:00 a.m.

☑ COPY TO: JURY CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Beverly Conyers
vs.
R. C. Hassett, et al

CASE NO. 3:02cv263(PCD)

### CIVIL CHALLENGES

1. #38 Nemphos
2. #55 Feld
3. #59 Tiroletto
4. #63 Harper
5. _____
6. _____
7. _____
8. _____

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Counsel for Plaintiff(s)

Counsel for Defendant(s)

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Beverly Conyers
vs.
R. C. Hassett, et al

CASE NO. 3:02CV263 PCD

### CIVIL CHALLENGES

| Counsel for Plaintiff (s) | Counsel for Defendant (s) |
|---|---|
| 1. _____ | 1. 20 Harry Morrow |
| 2. _____ | 2. 58 Harpal Chawla |
| 3. _____ | 3. 60 Ruth Manley |
| 4. _____ | 4. 64 Michael Ladd |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |
| 8. _____ | 8. _____ |

(Plaintiff column crossed out with large X)

Counsel for Defendant (s) signature: Martin [signature]

3:01cv1588 (crossed out)

**Judge's List**

3.02cv263

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 1 | 100168782 | 02-0020 | ORLANDO, ELIZABETH<br>SEYMOUR | CASE MGMT    6/20  6/26  M-F | CP |
| 2 | 100178113 | 02-0058 | ESTEVES, NANCY L<br>EAST HAVEN | PRINCIPAL | CP |
| 3 | 100148270 | 02-0015 | MCGOVERN, CINDY M<br>NORTHFORD | CONTRACTS ADMIN | CP |
| 4 | 100154174 | 02-0007 | THOMAS, VICTORIA J<br>NEW HAVEN | | CP |
| 5 | 100080622 | 02-0086 | LAPOINTE, IRENE E<br>LEBANON | PROPERTY APPRAISER | CP |
| 6 | 100070249 | 02-0106 | BAILEY, BRIAN J<br>COLCHESTER | CONTRACT ADMIN | CP |
| 7 | 100073062 | 02-0109 | LEE, TALSOON<br>WATERFORD | RETIRED | CP |
| 8 | 100136404 | 02-0024 | WOLAK, JOEL J<br>HADDAM | BANKING    4/26 - 4/30 N/A | CP |
| 9 | 100069834 | 02-0014 | REDDING, PAUL<br>NIANTIC | UNEMPLOYED | CP |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 10 | 100128789 | 02-0142 | GILLEN, JANET R<br>MILFORD | SECRETARY | 6/1 - 6/18 N/A | J1 |
| 11 | 100171109 | 02-0051 | O'NEIL, ARTHUR H<br>MILFORD | LETTER CARRIER | | CP |
| 12 | 100167803 | 02-0022 | CATES, ALISA<br>WEST HAVEN | CALL RECEIVING OPERATOR | | CP |
| 13 | 100176796 | 02-0059 | FRITZ, CHRISTINE H.<br>CROMWELL | PAYROLL | 6/17 - 6/26 - N/A | CP |
| 14 | 100168623 | 02-0062 | DIEDRICH, OLIVER J<br>NAUGATUCK | BIOLOGIST | 5/7 - A/A | CP |
| 15 | 100152045 | 02-0116 | BEIER, LAURA L<br>MERIDEN | X-RAY TECH | | CP |
| 16 | 100077234 | 02-0090 | SHINE, KEVIN P<br>LEDYARD | MECHANIC | | CP |
| 17 | 100085899 | 02-0027 | MILLER, STEPHEN R<br>WALLINGFORD | MANAGER | | CP |
| 18 | 100149037 | 02-0064 | GUIDITTA JR, NICHOLAS V<br>WOLCOTT | | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 19 | 100151055 | 02-0149 | AVALLONE, FRANK GUILFORD | RETIRED | CP |
| 20 | 100150733 | 02-0102 | MORROW, HARRY J WALLINGFORD | TECHNICIAN   5/13 - n/a | / |
| 21 | 100157138 | 02-0052 | DURYEA, RICHARD F CLINTON | TRACTOR DRIVER | J2 |
| 22 | 100159240 | 02-0012 | RUSSELL, PRISCILLA J NORTH BRANFORD | CARE MANAGER | CP |
| 23 | 100139161 | 02-0077 | PHILLIPS, GORDON S EAST HADDAM | WAREHOUSE WORKER | / |
| 24 | 100140995 | 02-0075 | PRINZ, BRIAN A GUILFORD | COMPOSITE MANUFACTUER   4/26 - 28 n/a | CP |
| 25 | 100072058 | 02-0017 | LACCETTI, LUCILLE B GROTON | SCIENTIST | CP |
| 26 | 100178079 | 02-0073 | MORSE, CHRIS R MILFORD | STUDENT | CP |
| 27 | 100132259 | 02-0100 | JASIECKI, DONNA J MIDDLETOWN | HOMEMAKER   6/23 - 7 - N/A | / |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 3 of 10

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~28~~ | 100176421 | 02-0008 | DYNARSKI, BRIDGET C / RECEPTIONIST — MERIDEN | 5/24 - 6/12 N/A | CP |
| ~~29~~ | 100172796 | 02-0040 | SKAANNING, JEFFREY M / LP SUPER — MIDDLEFIELD | | CP |
| ~~30~~ | 100136673 | 02-0016 | YURAVICH JR, ALBERT J / ANTIQUES DEALER — NAUGATUCK | | CP |
| ~~31~~ | 100152856 | 02-0023 | LEMELIN, HEATHER A / HOMEMAKER — KILLINGWORTH | 5/3 - 5/7 N/A; 5/17 - 5/21 N/A | CP |
| ~~32~~ | 100176971 | 02-0089 | BRIDWELL, JENNIFER M / DOG TRAINER — MILFORD | 4/28 - 5/2 N/A | |
| 33 | 100151630 | 02-0047 | GOSS, BRENDA L / UNION CARPENTER — SOUTHBURY | 4/30 N/A | J3 |
| ~~34~~ | 100147069 | 02-0139 | D'ANGELO, NICHOLAS J / WAREHOUSE WORKER — NORTH HAVEN | | |
| ~~35~~ | 100132806 | 02-0028 | LIVINGSTON, GAIL M / ASSEMBLER — WALLINGFORD | | |
| ~~36~~ | ~~100173683 02-0046~~ | | ~~WYNN, WILLIAM~~ — NEW HAVEN | 5/12 N/A | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 37 | 100163938 | 02-0029 | DALMASO, JERRY R — WATERBURY | SALES | 6/10 - 23 n/a   4/27 4/27 - n/a   5/11 | ✓ |
| 38 | 100155660 | 02-0004 | NEMPHOS, ANN M — CHESHIRE | COMPUTER APP | | ✓ |
| 39 | 100147599 | 02-0060 | WILDES, JAMES E — HAMDEN | ATTORNEY | | ✓ |
| 40 | 100140468 | 02-0123 | BANKO, ALLEN T — WALLINGFORD | COMPUTER SPECIALIST | 4/23 - 4/29 | ✓ |
| 41 | 100156109 | 02-0001 | RUSSELL, KEVIN J — WATERBURY | FIREFIGHTER | | CP |
| 42 | 100144057 | 02-0076 | KENNEY, PATRICIA A — KILLINGWORTH | SEAMSTRESS | 5/11  4/27 > N/A | J 4 |
| 43 | 100178618 | 02-0141 | TYNAN, PAMELA S — NAUGATUCK | R.N. | | |
| 44 | 100164517 | 02-0095 | ZAMBETTI, ALEXANDER G — WOLCOTT | BUSINESS OWNER | | CP |
| 45 | 100141416 | 02-0114 | PHILLIPS, MARGARET M — WOLCOTT | CRISIS PREGNANCY CTR | | OP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 5 of 10

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100160219 | 02-0150 | KEELER, MARIA A<br>WEST HAVEN | MARKETING PROGRAM MGR | J5 |
| 47 | 100150979 | 02-0067 | WALTON, KAREN E<br>BETHANY | OFFICE ASST | |
| 48 | 100160078 | 02-0030 | PASQUALE, JACK M<br>WALLINGFORD | PATENT ATTORNEY  5/20, 5/21, 5/25<br>6/14-20 | |
| 49 | 100149206 | 02-0127 | SAWYER III, ROBERT G<br>KILLINGWORTH | ENGINEER | |
| 50 | 100071372 | 02-0070 | MARTINEZ, JANINE M<br>NORWICH | INSTRUCTOR | |
| 51 | 100134903 | 02-0113 | KERNAN, KAREN R<br>BRANFORD | WRITER | |
| 52 | 100148278 | 02-0082 | BARNES, JOHN G<br>CLINTON | FACILITIES LEAD | |
| 53 | 100158523 | 02-0133 | HANSEN, MONICA A<br>HIGGANUM | SPECIAL ED TEACHER | CP |
| 54 | 100132582 | 02-0039 | KELMACHTER, BARRY L<br>CHESHIRE | PATENT ATTORNEY | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 55 | 100070529 | 02-0091 | FELD, LAWRENCE C — NEW LONDON — MECHANIC | / |
| 56 | 100173396 | 02-0013 | ROBINSON, SANDRA L — MILFORD — SECRETARY | CP |
| 57 | 100091958 | 02-0011 | BAIN, KELLY — OXFORD — ENGINEERING ASST | / |
| 58 | 100167504 | 02-0032 | CHAWLA, HARPAL S — SEYMOUR — SR TEST ENGINEER | / |
| 59 | 100168993 | 02-0093 | TIROLETTO, ELAINE — NORTH HAVEN — ACCOUNTING MGR | / |
| 60 | 100172251 | 02-0132 | MANLEY, RUTH H — GUILFORD — CLINICAL SOCIAL WORKER | / |
| 61 | 100079547 | 02-0048 | SHELTON, JUSTIN A — WATERFORD — CONTRACTOR | / |
| 62 | 100155586 | 02-0104 | MALONEY, JOAN K — MIDDLEBURY — RETIRED | J 6 |
| 63 | 100142346 | 02-0037 | HARPER, DEBORAH S — OXFORD — RETIRED | / |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~64~~ | 100148140 | 02-0098 | LADD, MICHAEL J<br>BRANFORD<br>GRADUATE STUDENT | Fri-mon 6/11 -14<br>2+4 w/end<br>June  6/18-21 | |
| ~~65~~ | 100127574 | 02-0071 | CAPALDO, CHRISTINE M<br>WATERBURY<br>TEACHER | | CP |
| 66 | 100071629 | 02-0140 | CLARKE, WILLIAM D<br>NORTH STONINGTON<br>CARPENTER | | J 7 |
| 67 | 100079864 | 02-0107 | CARVALHO, ANTHONY JOHN<br>GROTON<br>MECHANICAL OPERATOR | | J 8 |
| ~~68~~ | 100161482 | 02-0042 | CARUSO, JOSEPH<br>WATERBURY<br>MAINTENANCE SUPERVISOR | 5/13 -19 | |
| 69 | 100146934 | 02-0041 | MISENTI, JAMES A<br>EAST HADDAM<br>BUSINESS OWNER | | |
| 70 | 100149135 | 02-0068 | AMUNDSEN, CARL<br>MILFORD | 6/23 -<br>6/26 | |
| 71 | 100160594 | 02-0092 | POMEROY, LAWRENCE S<br>NEW HAVEN<br>AUDIO TECH | | |
| 72 | 100158794 | 02-0124 | BURKE, ANGELIQUE M<br>NORTH BRANFORD<br>SALES SUPPORT MGR | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 73 | 100132853 | 02-0019 | MERCIER, PATRICIA F<br>WATERBURY    TOOLSETTER | |
| 74 | 100140881 | 02-0128 | WHEATON, JOSEPHINE R<br>MILFORD    PROJECT COORDINATOR | |
| 75 | 100069494 | 02-0121 | *miss Kovich*<br>MIESZKOWICZ, LISA A    5/10<br>COLCHESTER    PURCHASING AGENT | |
| 76 | 100071392 | 02-0084 | LAKE, ELIZABETH A<br>NORWICH    COORDINATOR | |
| 77 | 100175335 | 02-0143 | ANTOINE, JACQUES<br>HAMDEN    DEPT MGR | |
| 78 | 100177962 | 02-0005 | MATTERAZZO, WILLIAM P<br>EAST HAMPTON    MATERIALS SUPERVISOR | |
| 79 | 100067608 | 02-0147 | JEAN, GEDEON<br>NEW LONDON    CARD DEALER | |
| 80 | 100176254 | 02-0010 | VISCIONE, GARY A<br>WESTBROOK    COMPUTER ANALYST | |
| 81 | 100149850 | 02-0101 | MILLER, KENNETH S<br>ORANGE    ACCOUNTANT | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:29 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 82 | 100071999 | 02-0055 | MARION, ROSEMARIE A<br>VOLUNTOWN<br>SECRETARY | |
| 83 | 100158530 | 02-0087 | PRICKETT, ROGER A<br>NAUGATUCK<br>MATERIALS MANAGER | |
| 84 | 100140553 | 02-0018 | MUCIK, PAUL M<br>MERIDEN<br>INSPECTOR | |
| 85 | 100158625 | 02-0145 | SIMPSON, JAMES ANGUS<br>HADDAM NECK<br>COLLEGE ADMINISTRATOR | |
| 86 | 100073447 | 02-0078 | MORGAN, GARY W<br>OAKDALE<br>ENGINEER | |
| 87 | 100072584 | 02-0072 | SANTOS-RIVERA, PATRICK U<br>VOLUNTOWN<br>QUALITY ASSURANCE INSP | |
| 88 | 100127948 | 02-0061 | INFANTE, LINDA A<br>HAMDEN<br>RETIRED | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.