*order*

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED

Apr 21  11 32 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

Beverly CONYERS,
    Plaintiff,

v.    Case No. 3:02cv263 (PCD)

R.C. HASSETT, Michael QUINN, Brian
MAURO, and CITY OF NEW HAVEN
    Defendants.

### ORDER REQUIRING SUBMISSION OF DOCUMENTS FOR IN CAMERA REVIEW

Plaintiff has filed a Motion to Compel [Doc. No. 42] seeking, among other things, the disclosure of the identity of a confidential informant. In order to aid in the resolution of this issue, Defendants are hereby ordered to submit to the Court, for *in camera* review, all documents and information subject to the Motion to Compel that Defendants claim are not properly discoverable. Defendants shall make this submission on or before April 26, 2004, after which a ruling on the merits of Plaintiff's Motion will be issued.

Dated at New Haven, Connecticut, April 20, 2004.

                                        Peter C. Dorsey, U.S. District Judge
                                        United States District Court