**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BEVERLY CONYERS                :
                               :
    -vs-           :   Civil No. 3:02 cv 263 (PCD)
                               :
R.C. HASSETT, ET AL            :

<u>ENDORSEMENT ORDER</u>

     Defendants' motion for extension of time until April 15, 2004 to respond to plaintiff's motion to compel and for sanctions (Doc. #45) is hereby GRANTED NUNC PRO TUNC.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 23, 2004.

                                      /s/_____
                                          Peter C. Dorsey, Senior
                                          United States District Judge