FILED

May 3   3 07 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY CONYERS,<br>　　Plaintiff, | : | CIVIL ACTION NO.<br>3:02CV263(PCD) |
| R.C. HASSETT, MICHAEL QUINN,<br>BRIAN MAURO, and the<br>CITY OF NEW HAVEN,<br>　　Defendants. | :<br>:<br>:<br>:<br>: | May 3, 2004 |

### PLAINTIFF'S MOTION IN LIMINE CONCERNING EVIDENCE OF CRIMINAL HISTORY OF PERSONS RELATED TO THE PLAINTIFF

The plaintiff respectfully moves in limine to bar any evidence (or attempts to introduce, offer, or alert the jury by questions or otherwise) to and history of criminal convictions or arrests of the plaintiffs adult daughters: Tiara Conyers and Lisa Shareef.

In support of this Motion, plaintiff represents as follows:

1. Tiara Conyers did not live with the plaintiff after the Fall of 1999.

2. Lisa Shareef did not live with the plaintiff after 1993.

3. Any history of arrests, stops by the police for investigation, or criminal convictions of these two adult daughters of the plaintiff are irrelevant to the matters at issue in this case.

4. The prejudicial effect of this evidence far outweighs any probative value it may have.

　　　　　　　　　　　　　　　　　　THE PLAINTIFF, BEVERLY CONYERS

1

By _____
PAUL A. GARLINGHOUSE
CT25143
Her Attorney
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: (203)865-5000
Facsimile: (203)865-2177

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent May 3, 2004, to the following parties and counsel of record:

Martin S. Echter, Esquire
165 Church Street
4th Floor
New Haven, CT 06510

_____
PAUL A. GARLINGHOUSE

3