FILED

May 3  3 47 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY CONYERS,<br>    *Plaintiff,* | CIVIL ACTION NO.<br>3:02CV263(PCD) |
| R.C. HASSETT, MICHAEL QUINN,<br>BRIAN MAURO, and the<br>CITY OF NEW HAVEN,<br>    *Defendants.* | May 3, 2004 |

### PLAINTIFF'S MOTION IN LIMINE CONCERNING EVIDENCE OF CRIMINAL CONVICTIONS

The plaintiff respectfully moves in limine to bar any evidence (or attempts to introduce, offer, or alert the jury by questions or otherwise) to the plaintiff's history of criminal convictions.

In support of this Motion, plaintiff represents as follows:

1. The plaintiff has a minor criminal history, the most recent offense was in 1987.

2. The defendant's counsel has not given the plaintiff advance written notice of the intent to use criminal history against the plaintiff, as required by F.R.E. 609.

3. The plaintiff's criminal history is too remote in time to be of any probative value.

1

4. The prejudicial effect of this evidence far outweighs any probative value it may have.

THE PLAINTIFF, BEVERLY CONYERS

By_____
PAUL A. GARLINGHOUSE
CT25143
Her Attorney
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: (203)865-5000
Facsimile: (203)865-2177

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent May 3, 2004, to the following parties and counsel of record:

Martin S. Echter, Esquire
165 Church Street
4th Floor
New Haven, CT  06510

_____
PAUL A. GARLINGHOUSE