# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Beverly CONYERS,<br>        Plaintiff, | :<br>:<br>: |
| v. | :   Case No. 3:02cv263 (PCD) |
| R.C. HASSETT, Michael QUINN, Brian MAURO, and CITY OF NEW HAVEN<br>        Defendants. | :<br>:<br>:<br>: |

### **RULING ON DEFENDANTS' MOTION IN LIMINE RE: INDEMNIFICATION**

Defendants move [Doc. No. 49] to bar the admission of any evidence pertaining to the possibility of the City of New Haven indemnifying Defendants Hassett, Mauro, and Quinn - all of whom are police officers.  Defendants' motion is **granted** in part, **denied** in part.  Inasmuch as Plaintiff intends to offer such evidence, the motion is granted.  To the extent that she doesn't, it is denied as moot.

        SO ORDERED.

                                    Dated at New Haven, Connecticut, May  3 , 2004.

                                                            /s/
                                                Peter C. Dorsey, U.S. District Judge
                                                    United States District Court