DEPUTY CLERK K. Gill RPTR/ERO TAPE K. F.J/2013

TOTAL TIME: _____ hours _____ minutes

DATE 5/7/2004  START TIME 10:02  END TIME 5:00 p

LUNCH RECESS FROM 1:00 TO 2:03

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Beverly Conyers

CIVIL NO. 3:02cv263 (PCD)

§
§
§
§
§

vs.

R. C. Hassett, et al

Diane Polan
* Paul Garlinghouse
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Martin Echter
Defendants Counsel

### CIVIL JURY/COURT TRIAL

| | | |
|---|---|---|
| ☑ | Jury of 9  report (see attached) ☑ Jury sworn | |
| ☑ | ☑ Jury Trial held  ☐ Jury Trial continued until 5/6/04 at 10:00am | |
| ☐ | ☐ Court Trial held  ☐ Court Trial continued until _____ at _____ | |
| ☐ | Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict | |
| ☑ #54 | Motion in limine criminal History | ☐ granted ☐ denied ☑ advisement |
| ☑ #57 | Motion in limine criminal convictions | ☑ granted ☐ denied ☐ advisement |
| ☐ # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ | _____ | ☐ filed ☐ docketed |
| ☐ | _____ | ☐ filed ☐ docketed |
| ☐ | _____ | ☐ filed ☐ docketed |
| ☐ | _____ | ☐ filed ☐ docketed |
| ☐ | _____ | ☐ filed ☐ docketed |
| ☐ | _____ | ☐ filed ☐ docketed |
| ☐ | _____ | ☐ filed ☐ docketed |

☐ Plaintiff(s) rests  ☐ Defense rests

Briefs due: ☐ Pltf _____ Deft _____ Reply _____

☐ Summation held  ☐ Court's Charge to the Jury

All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury

Jury commences deliberations at _____

Court orders Jury to be fed at Govt. expense (see attached bill)

SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)