## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY CONYERS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02 cv 263 (PCD) |
| | : | |
| R.C. HASSETT, MICHAEL QUINN, | : | |
| BRIAN MAURO, and the | : | |
| CITY OF NEW HAVEN, | : | |
| Defendants. | : | APRIL 30, 2004 |

### PLAINTIFF'S PROPOSED VERDICT FORM

I.    FIRST COUNT (FEDERAL CIVIL RIGHTS VIOLATIONS)

    A.    Do you find that the following Defendant(s) have violated the Plaintiff's constitutional right to be free from unreasonable searches and seizures?

        R.C. Hassett            ____Yes         ____No
        Michael Quinn        ____Yes         ____No
        Brian Mauro           ____Yes         ____No

    B.    If you answered Yes to I. A. for any of the defendants, what amount of compensatory damages do you award to the plaintiff against each defendant.

        R. C. Hassett          $_____
        Michael Quinn        $_____
        Brian Mauro          $_____

    C.    With respect to each part of Interrogatory I.A. that you have answered "yes," do you find that any of the Defendant's conduct which violated Plaintiff's rights was done willfully, wantonly, recklessly, maliciously, or oppressively?

        R.C. Hassett            ____Yes         ____No
        Michael Quinn        ____Yes         ____No
        Brian Mauro           ____Yes         ____No

D.   For each Defendant you have answered "yes" in Interrogatory I. C., what amount of punitive damages do you award as to each Defendant?

R. C. Hassett          $_____
Michael Quinn          $_____
Brian Mauro            $_____

II.   SECOND COUNT (FEDERAL CIVIL RIGHTS VIOLATIONS)

A.   Do you find that the following Defendant(s) have violated the Plaintiff's constitutional right to due process and equal protection of the laws?

R.C. Hassett          _____Yes          _____No
Michael Quinn         _____Yes          _____No
Brian Mauro           _____Yes          _____No

B.   If you answered Yes to II. A. for any of the defendants, what amount of compensatory damages do you award to the plaintiff against each defendant.

R. C. Hassett          $_____
Michael Quinn          $_____
Brian Mauro            $_____

C.   For each part of Interrogatory II. A. you have answered "yes," do you find that any of the Defendant's conduct which violated Plaintiff's rights was done willfully, wantonly, recklessly, maliciously, or oppressively?

R.C. Hassett          _____Yes          _____No
Michael Quinn         _____Yes          _____No
Brian Mauro           _____Yes          _____No

D.   For each Defendant you have answered "yes" in Interrogatory II. C., what amount of punitive damages do you award as to each Defendant?

R. C. Hassett          $_____
Michael Quinn          $_____
Brian Mauro            $_____

2

III.     THIRD COUNT (CONNECTICUT CONSTITUTIONAL VIOLATIONS)

   A.     Do you find that the following Defendant(s) have violated the Plaintiff's right to be secure in her person, papers and possessions from unreasonable searches or seizures, guaranteed by the Connecticut Constitution?

| | | |
|---|---|---|
| R.C. Hassett | _____Yes | _____No |
| Michael Quinn | _____Yes | _____No |
| Brian Mauro | _____Yes | _____No |

   B.     If you answered Yes to III. A. for any of the defendants, what amount of compensatory damages do you award to the plaintiff against each defendant.

| | |
|---|---|
| R. C. Hassett | $_____ |
| Michael Quinn | $_____ |
| Brian Mauro | $_____ |

IV.     FOURTH COUNT (CONNECTICUT CONSTITUTIONAL VIOLATIONS)

   A.     Do you find that the following Defendant(s) have violated the Plaintiff's right to equal protection and due process of law guaranteed to her by the Connecticut Constitution?

| | | |
|---|---|---|
| R.C. Hassett | _____Yes | _____No |
| Michael Quinn | _____Yes | _____No |
| Brian Mauro | _____Yes | _____No |
| City of New Haven | _____Yes | _____No |

   B.     If you answered Yes to IV. A. for any of the defendants, what amount of compensatory damages do you award to the plaintiff against each defendant.

| | |
|---|---|
| R. C. Hassett | $_____ |
| Michael Quinn | $_____ |
| Brian Mauro | $_____ |
| City of New Haven | $_____ |

3

V.    FIFTH COUNT (NEGLIGENCE)

A.    Do you find that the following Defendant(s) was negligent in connection with the search and seizure of the Plaintiff's apartment?

| | | |
|---|---|---|
| R.C. Hassett | _____Yes | _____No |
| Michael Quinn | _____Yes | _____No |
| Brian Mauro | _____Yes | _____No |
| City of New Haven | _____Yes | _____No |

B.    If you answered Yes to V.A. for any of the defendants, what amount of compensatory damages do you award to the plaintiff against each defendant.

| | |
|---|---|
| R. C. Hassett | $_____ |
| Michael Quinn | $_____ |
| Brian Mauro | $_____ |
| City of New Haven | $_____ |

C.    For each part of Interrogatory IV. A. you have answered "yes," do you find that any of the Defendant's conduct was done willfully, wantonly, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| R.C. Hassett | _____Yes | _____No |
| Michael Quinn | _____Yes | _____No |
| Brian Mauro | _____Yes | _____No |

D.    For each Defendant you have answered "yes" in Interrogatory IV. C., what amount of punitive damages do you award as to each Defendant?

| | |
|---|---|
| R. C. Hassett | $_____ |
| Michael Quinn | $_____ |
| Brian Mauro | $_____ |

4

THE PLAINTIFF
BY: _____

PAUL A. GARLINGHOUSE
CT25143
Her Attorney
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: (203)865-5000
Facsimile: (203)865-2177

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on April 30, 2004 to the

following counsel of record:

Martin Echter, Esquire
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510
Via Fax # 946-7942

PAUL A. GARLINGHOUSE

5