HONORABLE: Peter C. Dorsey

TOTAL TIME: ___ hours ___ minutes

DATE 5/6/04   START TIME 10:15   END TIME 5:05
LUNCH RECESS FROM 1:00p TO 2:00p
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Beverly Conyers

CIVIL NO. 3-02cv263 (PCD)

Diane Polan
Paul Garlinghouse
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

R.C. Hassett, et al

Martin Echter
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8   ☐ report (see attached)   ☐ Jury sworn
☑ Jury Trial held   ☑ Jury Trial continued until 5/7/04 at 10:00a
☐ Court Trial held   ☐ Court Trial continued until ___ at ___
☐ Court Trial concluded   ☐ DECISION RESERVED   ☐ SEE reverse for verdict

Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Oral Motion ___ ☐ granted ☐ denied ☐ advisement
Oral Motion ___ ☐ granted ☐ denied ☐ advisement
Oral motion ___ ☐ granted ☐ denied ☐ advisement
Oral motion ___ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests   ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held   ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**Jury List**

Please Sign In
Date 5/7/04

Judge: PETER C. DORSEY
Event: 3:02CV263(PCD

Date: 4/20/04
Time: 4:11 PM

| Seat# | Part No. | Name | Type | Signature |
|---|---|---|---|---|
| 1 | 100079864 | CARVALHO, ANTHONY JOHN | Juror | |
| 2 | 100071629 | CLARKE, WILLIAM D | Juror | William D Clarke |
| 3 | 100157138 | DURYEA, RICHARD F | Juror | |
| 4 | 100128789 | GILLEN, JANET R | Juror | Janet Gillen |
| 5 | 100151630 | GOSS, BRENDA L | Juror | Brenda L. Goss |
| 6 | 100160219 | KEELER, MARIA A | Juror | Maria Keeler |
| 7 | 100155586 | MALONEY, JOAN K | Juror | J Maloney |
| 8 | 100178618 | TYNAN, PAMELA S | Juror | |