# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**BEVERLY CONYERS,**          : **NO. 3:02CV 263 (AWT)**
     **Plaintiff**

**VS.**                                        :

**R. C. HASSETT, ET AL.**     : **MAY 4, 20004**
     **Defendants**

### DEFENDANTS' REVISED EXHIBIT LIST

1. _____

2. _____

3. Hand-written notes referencing, <u>inter alia</u>, "68 Day St", "booze/<u>weed</u>"

    (confidential information redacted)

4. Hand-drawn diagram of housing complex including 68 Day Street

5. Portion of survey sheet showing housing complex

6. Photograph of front of 68 Day Street

7A-7E. Photographs of rear of housing complex

8.. Housing Authority computerized Alphabetical Listing by Development, dated

    <u>May 14, 2002</u>  (2 pages)

9. Computer Aided Dispatch (CAD) Call Information printout, 68 Day Street,

    January 12, 2000, Case # 00-002225

10. Redacted "Narcotic Log" Sheet showing entry for 1/12/00, and Comp. # 00-

    2225

11.  Inventory of Property Seized without a Search Warrant, dated 1/12/00,

Referencing File # 00-2225, "Item #1 ONE (1) Small Black Zip-lock Bag

containing a green plant-like Substance,"

12. Inventory of Property Seized, cross-referenced to NEU File # 00-2225, dated

January 12, 2000, referring to "ITEM #1 – ONE (1) SMALL BLACK

PLASTIC BAG CONTAINING A GREEN PLANT-LIKE SUBSTANCE,"

signed by Michael Quinn

13. Photo of Clear Plastic Envelope, "Police Department City of New Haven Drug

Evidence Only," cross-referenced Case No. 00-2225, referring to "Item #1

–   ONE (1) Small Black Zip-lock Bag containing a green plant-like

Substance," dated 1/12/00, **plus** actual small black zip-lock bag visible

In photograph

14.  Search and Seizure Warrant Application for 68 Day Street, dated January

18,  2000

15.  Search and Seizure Warrant for 68 Day Street

16.  Property Seized on Search and Seizure Warrant, dated 1/18/00, reference

No. 00-2225, "ITEM #1 – ONE (1) empty pink colored plastic bag"

17. Case Incident Report of Michael Quinn, dated January 18, 2000, re 68 Day

Street  (2 pages)

18. Copy of Police Property Room Envelope containing "Item # 1 – ONE (1) pink

plastic bag, dated 01/18/00, reference Case No. 00-2225

19. Photograph of Police Property Room Envelope containing "Item # 1 – ONE

(1) pink plastic bag, dated 01/18/00, reference Case No. 00-2225, **plus**

actual pink plastic bag visible in photograph

20. Handwritten list of names, etc., beginning with "Hart Conyers"

21. Redacted "Informant Payment Request," referencing CN-00-2225

dated January 24, 2000  (identification number of confidential informant

redacted)

22. Redacted "Case Preparation Expenditures," referencing CN-00-2225, dated

January 24, 2000  (identification number of confidential informant

redacted)

Respectfully submitted,

_____

Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct07596
PAGER: 1-860-590-4432

<u>Certificate of Service</u>

I, Martin S. Echter, hereby certify that I have served the foregoing by causing
a copy to be FAXED and HAND-DELIVERED, to Attorney Diane Polan and

Attorney David Garlinghouse, 129 Church Street, Suite 802, New Haven, CT 06510, this      day of May 2004.

_____

Martin S. Echter