DATE: 5/6/04    START TIME:    END TIME:
LUNCH RECESS FROM    TO

CIVIL NO. 3:02cv263(PCD)

Beverly Conyers

R.C. Bassett et al

## CIVIL JURY/COURT TRIAL

- [x] Jury of 8 report (see attached) [ ] Jury sworn
- [x] [x] Jury Trial held [x] Jury Trial continued until 5/10/04 at 10:00a
- [ ] [ ] Court Trial held [ ] Court Trial continued until ___ at ___
- [ ] Court Trial concluded [ ] DECISION RESERVED [ ] SEE reverse for verdict
- [ ] # Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] # Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] # Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] # Motion _____ [ ] granted [ ] denied [ ] advisement
- [x] Oral Motion for Rule 60 [ ] granted [x] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral motion _____ [ ] granted [ ] denied [ ] advisement

[ ] filed [ ] docketed
[ ] filed [ ] docketed
[ ] filed [ ] docketed
[ ] filed [ ] docketed
[ ] filed [ ] docketed
[ ] filed [ ] docketed
[ ] filed [ ] docketed

- [x] [x] Plaintiff(s) rests [x] Defense rests
- [ ] Briefs due: [ ] Pltf ___ Deft ___ Reply ___
- [ ] Summation held [ ] Court's Charge to the Jury
- [ ] All full exhibits [ ] Verdict Form handed to the jury [ ] Interrogatories to the Jury handed to the jury
- [ ] Jury commences deliberations at ___
- [ ] Court orders Jury to be fed at Govt. expense (see attached bill)
- [ ] SEE [ ] reverse [ ] attached

[x] COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: PETER C. DORSEY  
Event: 3:02CV263(PCD

Date 5/7/04

Jury List

Date: 4/20/04  
Time: 4:11 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100079864 | CARVALHO, ANTHONY JOHN | Juror | [signature] |
| 2 | 100071629 | CLARKE, WILLIAM D | Juror | [signature] William D Clarke |
| 3 | 100157138 | DURYEA, RICHARD F | Juror | [signature] |
| 4 | 100128789 | GILLEN, JANET R | Juror | [signature] |
| 5 | 100151630 | GOSS, BRENDA L | Juror | Brenda L Goss |
| 6 | 100160219 | KEELER, MARIA A | Juror | Maria Keeler |
| 7 | 100155586 | MALONEY, JOAN K | Juror | J Maloney |
| 8 | 100178618 | TYNAN, PAMELA S | Juror | [signature] |