(Civ. Trial(April 12, 2004))

HONORABLE **Peter C. Dorsey**
DEPUTY CLERK **P. Villano**  RPTR/FTR/TAPE **Falcone**

TOTAL TIME: _____ hours _____ minutes

DATE **5/10/04**   START TIME **10:05a**   END TIME **3:53p**
LUNCH RECESS FROM _____ TO _____
RECESS FROM **12:00p** TO **3:45 p**   (if more than 1/2 hour)

---

**Beverly Conyers**

vs.

**R. C. Hassett, et al**

CIVIL NO. **3:02cv263(PCD)**

**Diane Polan**
**Paul Garlinghouse**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Martin Echter**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

[✓] Jury of **8** report (see attached) ☐ Jury sworn
[✓] [✓] Jury Trial held  ☐ Jury Trial continued until _____ at _____
☐ Court Trial held  ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
[✓] [✓] Summation held [✓] Court's Charge to the Jury
[✓] All full exhibits, [✓] Verdict Form handed to the jury [✓] Interrogatories to the Jury handed to the jury
[✓] Jury commences deliberations at **12:30p**
[✓] Court orders Jury to be fed at Govt. expense (see attached bill)
[✓] SEE [✓] reverse ☐ attached

[✓] COPY TO JURY CLERK (JURY TRIALS ONLY)

☐ ......... Court declares MISTRIAL

☑ ......... Verdict Form filed

☑ ......... VERDICT: _for defendants_

☑ ......... Court accepts verdict and orders verdict verified and recorded

☑ ......... Jury polled

## MISCELLANEOUS PROCEEDINGS

## Jury List

Judge: **PETER C. DORSEY**
Event: **3:02CV263(PCD**

Date 5/10/04

Date: 4/20/04
Time: 4:11 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100079864 | CARVALHO,ANTHONY JOHN | Juror | *(signature)* |
| 2 | 100071629 | CLARKE,WILLIAM D | Juror | *William D Clarke* |
| 3 | 100157138 | DURYEA,RICHARD F | Juror | *(signature)* |
| 4 | 100128789 | GILLEN,JANET R | Juror | *(signature)* |
| 5 | 100151630 | GOSS,BRENDA L | Juror | *Brenda L. Goss* |
| 6 | 100160219 | KEELER,MARIA A | Juror | *Maria Keeler* |
| 7 | 100155586 | MALONEY,JOAN K | Juror | *J Maloney* |
| 8 | 100178618 | TYNAN,PAMELA S | Juror | *Pamela S Tynan* |

Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## JURY LUNCH ORDER FORM
(MUST BE ATTACHED TO MINUTES)

Case No. 3:02cv263 (PCD)    Date: 5/10/04

Restaurant Providing Order: Sandy's Place

Delivery Location (Street, Building Name, Room #, etc.):
141 Church St., New Haven
Judge Dorsey's Jury Room

Contact Person: Karin/Patty    Phone: 773-2427

Delivery/Pickup Time Desired: 12:30 pm

| JUROR # | ENTREE | SIDE ORDER | BEVERAGE | DESSERT | SUBTOTAL |
|---|---|---|---|---|---|
| 1 PT | Greek Salad | Chicken with rice soup | Diet Coke | Sugar free pudding | |
| 2 TC | Turkey Chef | Chicken w/Rice | Diet Coke (x2) | Apple | |
| 3 WDC | Grilled Ruben | Split Pea | Diet Coke | Fresh Fruit | |
| 4 RFD | Hamburger Ketchup only | Chicken with Rice | Coke | Apple | |
| 5 JM | Roast Beef Sand - lettuce, tom. light mayo | — | Diet Coke | Cookies | |
| 6 BG | Turkey - Amer. Cheese on Hard Roll w/LTM and onion | Pretzels | Diet Coke | | |
| 7 MK | Chicken salad on rye w/ lettuce/tomato | Potato Chips | Ginger Ale/ water | | |
| 8 JG | Turkey chef | | Diet Coke | | |
| 9 | | | | | |