F I L E D

2004 MAY 10 P 4: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEW HAVEN, CONN.

Beverly CONYERS,       :
    Plaintiff        :
                    :3:02cv263 (PCD)
vs.             :
                    :
R.C. HASSETT, Michael QUINN, and   :
Brian MAURO,       :
    Defendants.       :

## VERDICT FORM

**I.  Unreasonable Search and Seizure Claim–Federal/State Claim**

    **A.  Liability**

    A1.  Do you find that Plaintiff has proved by a preponderance of evidence that her constitutional right under the United States Constitution/Connecticut State Constitution to be free from an unreasonable search was violated, in that the application for the search warrant for her apartment at 68 Day Street, was obtained by false information?

        By    R.C. Hassett    Yes _____    No ___✓___
        By    Michael Quinn    Yes _____    No ___✓___
        By    Brian Mauro    Yes _____    No ___✓___

    A2.  If you answered "No" with respect to any individual in Interrogatory IA1, you should not consider them with respect to any other question that follows.  If you answered "No" to every individual listed, then your deliberations are complete.  Please have the jury foreperson fill in, sign, and date this verdict form.

    **B.  Damages**

    B1.  For each part of Interrogatory IA1 (unreasonable search and seizure) you have answered "yes," what amount of compensatory damages has Plaintiff

      proved were proximately caused by that federal/state constitutional violation?

      $_____

B2.   For each part of Interrogatory IA1 you have answered "yes," and if Plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to the claim you have found proved but did not find a proven amount of compensatory damages?

      $_____

B3a.   For each part of Interrogatory IA1 you have answered "yes," do you find that any of Defendants' conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| R.C. Hassett | Yes _____ | No _____ |
| Michael Quinn | Yes _____ | No _____ |
| Brian Mauro | Yes _____ | No _____ |

B3b.   For each Defendant you have answered "yes" in Interrogatory IB3a, what what amount of punitive damages do you award as to each Defendant?

| | |
|---|---|
| R.C. Hassett | $_____ |
| Michael Quinn | $_____ |
| Brian Mauro | $_____ |

**Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.**

_____
Foreperson

5-10-2004
Date

2