UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEVERLY CONYERS

VS.  CIVIL 3:02cv00263 (PCD)

R.C. HASSETT, ET ALS

## PLAINTIFF'S EXHIBITS

### EXHIBIT

| # | Status | Description |
|---|---|---|
| 5 | Full - 5/4/04 | Handwritten Note |
| 6 | Full - 5/4/04 | Sketched chart of scene |
| 7 | Full - 5/4/04 | Copy of Search & Seizure Warrant |
| 9 | Full - 5/6/04 | Printout of Issuance of Complaint Number |
| 11 | Full - 5/6/04 | Copy of Inventory of Property Seized without Warrant |
| 12 | Full - 5/6/04 | Drug Evidence Sheet |
| 18 | Full - 5/6/04 | Photo of Plaintiff's Unit |

FILED
2004 MAY 10 P 4: 13
U.S. DISTRICT COURT
NEW HAVEN, CONN.