UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEVERLY CONYERS

VS.   CIVIL 3:02cv00263 (PCD)

R.C. HASSETT, ET ALS

## DEFENDANTS' EXHIBITS

**EXHIBIT**

| | | |
|---|---|---|
| 3 | Full - 5/7/04 | Handwritten Note |
| 4 | Full - 5/7/04 | Diagram |
| 5 | Full - 5/4/04 | Map |
| 7A | Full - 5/4/04 | Photo |
| 7B | Full - 5/4/04 | Photo |
| 7C | Full - 5/4/04 | Photo |
| 7E | Full - 5/4/04 | Photo |
| 9A | Full - 5/7/04 | New Haven Police Dept. Offense Report |
| 9B | Full 5/7 | Offense Audit |
| 9C | Full - 5/7/04 | Print Key Output |
| 10 | Full - 5/4/04 | Redacted Narcotic Log |
| 13A | Full - 5/6/04 | Drug Evidence Bag |
| 15 | Full - 5/7/04 | Search & Seizure Warrant |
| 16 | Full - 5/7/04 | Search & Seizure Warrant |
| 17 | Full - 5/6/04 | Case Incident Report dated 1/18/00 |
| 18A | Full - 5/6/04 | Evidence pouch containing plastic bag |
| 21 | Full - 5/6/04 | Informant Pay Request dated 1/24/00 |

FILED

2004 MAY 10  P 4: 13

U. DISTRICT C...
W HAVEN, C...

Received
Martin S. Etta
5/10/2004

22    Full - 5/6/04           Case Preparation Expenditures