# United States District Court

**DISTRICT OF** CONNECTICUT

Beverly Conyers
v.
R.C. Hassett, et al

2004 MAY 10 P 4:13

Plaintiff's ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02cv263 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Diane Polan / Paul Garlinghouse | Martin Echter |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/4, 5/6, 5/7 & 5/10 | K. Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/4/04 | | | Beverly Conyers |
| ✓ | | 5/4/04 | | | Tiara Conyers |
| ✓ | | 5/4/04 | | | Taneisha Drummonds |
| ✓ | | 5/4/04 | | | Priscilla Darden |
| ✓ | | 5/4/04 | | | Janet Maye |
| ✓ | | 5/4/04 | | | Detective Michael Quinn |
| ✓ | | 5/6/04 | | | Daisy Clark |
| ✓ | | 5/6/04 | | | Michael Quinn |
| ✓ | | 5/6/04 | | | Beverly Conyers |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages