AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CONNECTICUT**

2004 MAY 10 P 4: ~~Defts~~

U.S. DISTRICT CASE

**EXHIBIT AND WITNESS LIST**

Beverly Conyers
v.
R.C. Hassett, etal

CASE NUMBER: 3:02cv263 (PCD)

| PRESIDING JUDGE Peter C. Dorsey | PLAINTIFF'S ATTORNEY Paul Garlinghouse | DEFENDANT'S ATTORNEY Martin Echter |
|---|---|---|
| TRIAL DATE(S) 5 4,5,6, 5 7 a 5 10 | COURT REPORTER Falcone | COURTROOM DEPUTY Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | | |
|---|---|---|---|---|---|---|---|
| | ✓ | 5\6\04 | | | Detective William Farrell, | | |
| | ✓ | 5\6\04 | | | Brendan Canning | | |
| | ✓ | 5\6\04 | | | Det. Michael Quinn | | |
| | ✓ | 5\7\04 | | | Det. Michael Quinn | | |
| | ✓ | 5\7\04 | | | Joyce Illingworth, | | |
| | ✓ | 5\7\04 | | | Raymond Hassett | | |
| | ✓ | 5\7\04 | | | Brian Mauro | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages