AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _Connecticut_

2004 MAY 1

**EXHIBIT AND WITNESS LIST**

Beverly Conyers

v.

R.C. Hassett, et al

CASE NUMBER: 3:02cv263

| PRESIDING JUDGE Peter C. Dorsey | PLAINTIFF'S ATTORNEY Paul Garlinghouse | DEFENDANT'S ATTORNEY Martin Echter |
|---|---|---|
| TRIAL DATE(S) 5|4, 5|6, 5|7, 5|10|04 | COURT REPORTER Falcone | COURTROOM DEPUTY Villano |

| Court PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5|10|04 | | | Court's Instruction to the Jury |
| 2 | | 5|10|04 | | | Note from Jury |
| 3 | | 5|10|04 | | | Note to Jury from Judge |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages