## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BEVERLY CONYERS

    v.                                                        Civil No.  3:02 cv 263 (PCD)

R.C. HASSETT, MICHAEL QUINN,
BRIAN MAURO AND THE CITY OF
NEW HAVEN

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On May 10, 2004, after deliberation, the jury returned a verdict for the defendants. As a result of the jury's verdict, the Court entered a verdict for the defendants and directed that judgment enter for the defendants.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 10th day of May, 2004.

                                    KEVIN F. ROWE, Clerk

                                    By /s/ _____
                                              Patricia A. Villano
                                              Deputy Clerk

EOD: _____